**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD C. SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NETAPP, INC., GEORGE KURIAN, RONALD J. PASEK, JOEL D. REICH, and MATTHEW K. FAWCETT,<br><br>Defendants. | Case No. 4:19-cv-04801-JST<br><br>**NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED MOTION OF WINSTON DEROUIN FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>DATE: November 20, 2019<br>TIME: 2:00 p.m.<br>JUDGE: Jon S. Tigar<br>CTRM: 6 – 2nd Floor (Oakland) |

NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED MOTION OF WINSTON DEROUIN FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

Pursuant to Local Civil Rule 7-1(b), Winston Derouin ("Movant") hereby requests this Court vacate the hearing on his unopposed motion for appointment as lead plaintiff and approval of selection of counsel, noticed for hearing on November 20, 2019.

On October 30, 2019, Movant filed a Notice of Non-Opposition to his motion. Dkt. No. 29. Accordingly, Movants' motion is unopposed and should be granted without oral argument.

DATED: October 30, 2019          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Laurence M. Rosen
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

-and-

**THE ROSEN LAW FIRM, P.A.**
Jacob A. Goldberg (*pro hac vice* forthcoming)
Gonen Haklay (*pro hac vice* forthcoming)
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Phone: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
Email: ghaklay@rosenlegal.com

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On October 30, 2019, I electronically filed the following **NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED MOTION OF WINSTON DEROUIN FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 30, 2019.

/s/ Laurence M. Rosen
Laurence M. Rosen