BORIS FELDMAN, State Bar No. 128838
BENJAMIN M. CROSSON, State Bar No. 247560
CHERYL W. FOUNG, State Bar No. 108868
CHARLES A. TALPAS, State Bar No. 308505
CURTIS S. KOWALK, State Bar No. 324770
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
        bcrosson@wsgr.com
        cfoung@wsgr.com
        ctalpas@wsgr.com
        ckowalk@wsgr.com

Attorneys for Defendants
NetApp, Inc., George Kurian, Ronald J. Pasek,
and Matthew K. Fawcett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHAD C. SMITH, Individually and on Behalf of All Other Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NETAPP, INC., GEORGE KURIAN, RONALD J. PASEK and MATTHEW K. FAWCETT, <br><br> Defendants. | CASE NO.: 4:19-cv-04801-JST <br><br> **DECLARATION OF CHERYL W. FOUNG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** <br><br> Date: June 24, 2020 <br> Time: 2:00 p.m. <br> Courtroom: 6 <br> Hon. Jon S. Tigar |

FOUNG DECL. ISO DEFS. MTD
AMENDED CLASS ACTION COMP.
CASE NO.: 4:19-CV-04801-JST

I, Cheryl W. Foung, declare as follows:

I am an attorney licensed to practice in the State of California and before this Court. I am Of Counsel at the law firm of Wilson Sonsini Goodrich & Rosati P.C., counsel of record for Defendants NetApp, Inc. ("NetApp"), George Kurian, Ronald J. Pasek, and Matthew K. Fawcett ("Defendants"). I submit this Declaration in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint ("Complaint"). I have personal knowledge of the facts set forth in this declaration and can testify competently thereto.

The following describes each document attached to this Declaration. Defendants explain why the Court can consider these documents in the accompanying Request for Judicial Notice and Notice of Incorporation By Reference In Support of Motion to Dismiss Complaint. Paragraph references ("¶") are to the Complaint.

**Documents Referenced In the Complaint**

1.    Attached as Exhibit 1 is a true and correct copy of excerpts from NetApp's Earnings Call Transcript on February 13, 2019, cited in the Complaint at ¶¶ 11, 25, 27, 30.

2.    Attached as Exhibit 2 is a true and correct copy of excerpts from NetApp's Form 10-Q filed with the Securities & Exchange Commission ("SEC") on February 19, 2019, cited in the Complaint at ¶ 11.

3.    Attached as Exhibit 3 is a true and correct copy of excerpts from NetApp's Form 8-K filed with the SEC on May 22, 2019, cited in the Complaint at ¶¶ 32, 34, 38.

4.    Attached as Exhibit 4 is a true and correct copy of excerpts from NetApp's Earnings Call Transcript on May 22, 2019 and cited in the Complaint at ¶¶ 11, 21, 24, 25, 26, 28, 31, 33, 35-37.

5.    Attached as Exhibit 5 is a true and correct copy of excerpts from NetApp's Form 10-K for fiscal year ending April 26, 2019, filed with the SEC on June 18, 2019, and cited in the Complaint at ¶¶ 3, 10, 22, 23, 40, 44, 45.

6.    Attached as Exhibit 6 is a true and correct copy of excerpts from NetApp's Earnings Call Transcript on August 1, 2019, and cited in the Complaint at ¶¶ 11, 25, 63-65.

7.    Attached as Exhibit 7 is a true and correct copy of excerpts from NetApp's Earnings Call Transcript on August 14, 2019, and cited in the Complaint at ¶¶ 11, 25, 29.

8.    Attached as Exhibit 8 is a true and correct copy of excerpts from NetApp's Form 8-K filed with the SEC on August 14, 2019, cited in the Complaint at ¶ 13.

**SEC Filings And Stock Price Chart**

9.    Attached as Exhibit 9 is a true and correct copy of excerpts from NetApp's Form 10-K for fiscal year ending April 27, 2018, filed with the SEC on June 19, 2018.

10.    Attached as Exhibit 10 is a true and correct copy of Form 4 for George Kurian, filed with the SEC on May 20, 2019.

11.    Attached as Exhibit 11 is a true and correct copy of Form 4 for George Kurian, filed with the SEC on June 4, 2019.

12.    Attached as Exhibit 12 is a true and correct copy of Form 4 for Ronald J. Pasek, filed with the SEC on June 4, 2019 and necessarily relied on in the Complaint at ¶ 69.

13.    Attached as Exhibit 13 is a true and correct copy of Form 4 for Matthew K. Fawcett, filed with the SEC on June 4, 2019 and necessarily relied on in the Complaint at ¶ 70.

14.    Attached as Exhibit 14 is a true and correct copy of NetApp's closing stock prices obtained from Yahoo! Finance for the period May 22, 2019 through January 24, 2020.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 26th day of March, 2020 at Palo Alto, California.

/s/    Cheryl W. Foung
Cheryl W. Foung

FOUNG DECL. ISO DEFS. MTD
AMENDED CLASS ACTION COMP.
CASE NO.: 4:19-CV-04801-JST

- 2 -

I, Boris Feldman, am the ECF User whose identification and password are being used to file the Declaration of Cheryl W. Foung in Support of Defendants' Motion to Dismiss Amended Class Action Complaint.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Cheryl W. Foung concurred in this filing, and original signatures are maintained on file.


Dated:  March 26, 2020                              /s/ Boris Feldman
                                                            Boris Feldman