# EXHIBIT 4

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## NTAP - Q4 2019 NetApp Inc Earnings Call

## EVENT DATE/TIME: MAY 22, 2019 / 9:00PM GMT

### OVERVIEW:

Co. reported 4Q19 net revenues of $1.59b and non-GAAP EPS of $1.22. Expects
1Q20 net revenues to be $1.315-1.465b and EPS to be $0.78-0.86.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited
without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its
affiliated companies.



## MAY 22, 2019 / 9:00PM, NTAP - Q4 2019 NetApp Inc Earnings Call

### CORPORATE PARTICIPANTS

**George Kurian** *NetApp, Inc. - CEO, President & Director*

**Kris Newton** *NetApp, Inc. - VP of Corporate Communications & IR*

**Ronald J. Pasek** *NetApp, Inc. - Executive VP & CFO*

### CONFERENCE CALL PARTICIPANTS

**Andrew James Nowinski** *Piper Jaffray Companies, Research Division - Principal & Senior Research Analyst*

**Eric Martinuzzi** *Lake Street Capital Markets, LLC, Research Division - Head of Research & Senior Research Analyst*

**George Michael Iwanyc** *Oppenheimer & Co. Inc., Research Division - Associate*

**Jason Noah Ader** *William Blair & Company L.L.C., Research Division - Partner & Co-Group Head of Technology, Media and Communications*

**Jim Suva** *Citigroup Inc, Research Division - Director*

**Karl Fredrick Ackerman** *Cowen and Company, LLC, Research Division - Director & Senior Research Analyst*

**Louis Rocco Miscioscia** *Daiwa Securities Co. Ltd., Research Division - Research Analyst*

**Matthew John Sheerin** *Stifel, Nicolaus & Company, Incorporated, Research Division - MD & Senior Equity Research Analyst*

**Matthew Normand Cabral** *Crédit Suisse AG, Research Division - Research Analyst*

**Mehdi Hosseini** *Susquehanna Financial Group, LLLP, Research Division - Senior Analyst*

**Nehal Sushil Chokshi** *Maxim Group LLC, Research Division - MD*

**Nikolay Todorov** *Longbow Research LLC - Analyst*

**Rajagopal Raghunathan Kamesh** *Goldman Sachs Group Inc., Research Division - Associate*

**Steven Mark Milunovich** *Wolfe Research, LLC - MD of Equity Research*

**W. Chiu** *Raymond James & Associates, Inc., Research Division - Senior Research Associate*

**Wamsi Mohan** *BofA Merrill Lynch, Research Division - Director*

### PRESENTATION

**Operator**

Good afternoon, ladies and gentlemen. Welcome to NetApp's Fourth Quarter and Fiscal Year 2019 Financial Results Conference Call. (Operator Instructions)

I will now turn the call over to Kris Newton, Vice President, Corporate Communications and Investor Relations.

---

**Kris Newton** *- NetApp, Inc. - VP of Corporate Communications & IR*

Thank you for joining us on our Q4 and fiscal year 2019 earnings call. With me today are our CEO, George Kurian; and CFO, Ron Pasek. This call is being webcast live and will be available for replay on our website at netapp.com.

As a reminder, we adopted the new accounting standard, ASC 606, in Q1. Our historical financial results have been restated to conform to the new revenue recognition rules. Reconciliations of our previously reported GAAP results to the restated 606 GAAP results as well as our 606 GAAP to non-GAAP results are included in our Q4 earnings release for the applicable periods, which is posted on our website along with our financial tables

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

MAY 22, 2019 / 9:00PM, NTAP - Q4 2019 NetApp Inc Earnings Call

and guidance, a historical supplemental data table and the non-GAAP to GAAP reconciliation. Unless otherwise noted, we will refer to non-GAAP and 606 numbers.

During today's call, we will make forward-looking statements and projections with respect to our financial outlook and future prospects such as our guidance for the first quarter and full fiscal year 2020; our expectations regarding future revenue, profitability, cash flow and shareholder return; and our ability to focus our resources to grow and expand our opportunities and address key market transitions, all of which involve risks and uncertainties. We disclaim any obligation to update our forward-looking statements and projections. Actual results may differ materially for a variety of reasons, including global, political, macroeconomic and market conditions and our ability to expand our total available market, introduce and deliver new and differentiated products and services without disruption, manage our gross profit margins, capitalize on our market position and cloud strategy, maintain execution and continue our capital allocation strategy.

Please also refer to the documents we file from time to time with the SEC and available on our website, specifically our most recent Form 10-K for fiscal year 2018 and our current reports on Form 8-K. During the call, all financial measures presented will be non-GAAP unless otherwise indicated.

I'll now turn the call over to George.

---

**George Kurian** *- NetApp, Inc. - CEO, President & Director*

Good afternoon, everyone. Thank you for joining us.

We made significant progress across key strategic aspects of our business. This was matched by execution issues in the fourth quarter. Along with FX headwinds, these issues resulted in revenue coming at the low end of our guidance range. This is not how I am used to showing up, and we are taking concrete actions to quickly address the issues. Our opportunity is large and growing, but we need to do more to capture it.

I'll start by reviewing the areas in which we had challenges and our remediation plan and then talk about the substantial progress we've made in our key growth areas.

Our execution challenges manifested in 3 areas. First, we were inconsistent in our go-to-market execution. We are addressing this by improving our focus and coverage. We have efforts underway to shift the investments to markets and customer segments with higher return on investments. We enabled our European distributors to lead in smaller countries where they are better positioned for success so that we could focus our resources against the largest markets. We are also increasing the number of sales resources dedicated to acquiring new enterprise accounts to broaden our customer reach. We are making trade-off decisions within the bounds of our financial model and to improve our ability to execute in our targeted growth areas. These investments take time to pay off, but we expect to see their benefit over the course of fiscal '20.

Second, we did not execute well on renewals in Q4. However, the active count in our installed base is growing, and we are making the necessary organizational and process changes to improve our execution.

Finally, our OEM business has been a periodic headwind to our overall business. OEM, while still a relatively small part of our revenue, was down significantly in Q4. We do not expect it to recover and are resetting our expectations. OEM will be materially lower in fiscal year '20 and will create a slight headwind to growth in the first 3 quarters of the year.

The data center buying behavior of large customers that we saw in January continued through Q4. Customers are buying but deals are taking longer and require greater effort to close. We have a good sense for the industry trends and are confident that these events are not the result of competitive dynamics. Our strong gross margins in the quarter are indicative of our differentiation and the value customers find in our solutions. We are well positioned to the market and are taking action to capitalize on our opportunity by increasing our focused and investing in targeted sales coverage.

Now let's turn to the areas where we made solid progress. We gained share in the all-flash market, growing that part of our business 25% from fiscal year '18. We saw strong momentum in our private cloud business, delivering large enterprise wins and a number of competitive displacements.

3

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

## MAY 22, 2019 / 9:00PM, NTAP - Q4 2019 NetApp Inc Earnings Call

And our public cloud services are poised to deliver significant growth in fiscal year '20 with Azure NetApp Files expected to become generally available in our first fiscal quarter.

In Q4, our all-flash array business inclusive of All Flash FAS, EF and SolidFire products and services grew 11% year-over-year to an annualized net revenue run rate of $2.7 billion. I am disappointed by the performance of our all-flash array business in Q4. The issues we experienced in the quarter were felt most acutely here. This is also the place where investments in focus and sales coverage will have the earliest positive benefits. And I remain confident in our position and opportunity for continued success in this market. We have a leading efficiency guarantee, highest performance and most complete cloud integration in the industry. The runway for this secular transition is still in the early innings, and we expect the shift to flash to accelerate with ongoing NAND price decline.

Moving to our private cloud solutions. SolidFire, NetApp HCI and StorageGRID are the building blocks for private cloud deployments, enabling customers to bring public cloud-like experience and economics into their data centers. The momentum of our private cloud business that began in Q2 continued through the year, delivering triple-digit year-over-year growth in each of Q2, Q3 and Q4. Our private cloud business inclusive of SolidFire, NetApp HCI and StorageGRID products and services achieved an annualized net revenue run rate of over $600 million in the fourth quarter. These solutions are a significant contributor to our fiscal year '20 growth expectations.

Turning to cloud data services. Our NetApp cloud data services enable enterprises to deliver meaningful business outcomes quickly and cost efficiently, eliminating lengthy IT processes and complexities. Our partnerships and solutions with the hyperscalers are unique. Only NetApp offers a comprehensive set of data services available across multiple clouds. I'm honored that NetApp was named 2018 Google Cloud Technology Partner of the Year for Infrastructure at Google Cloud Next '19 for our achievements in the Google Cloud ecosystem, helping customers build and run applications on the Google Cloud quickly and at scale.

Based on the last month of Q4, our cloud data services' annualized recurring revenue accelerated to approximately $51 million, up 55% sequentially from Q3. We continue to see a healthy mix of customers new to NetApp in our cloud data services and expect that they will continue to drive new customer acquisition. We remain confident in the fiscal year '21 exit run rate revenue target we gave at our April 2018 Investor Day. And as with private cloud, this business is a significant contributor to our fiscal year '20 growth goal.

Our opportunity is fueled by digital transformation initiatives, which are driving data center modernization projects and cloud-first strategies. Each of our solution groups are highly competitive individually, but the true value of NetApp is in the strength of our integrated portfolio, in our Data Fabric strategy, which radically simplifies the management of a customer's hybrid multi-cloud environment. Enterprises increasingly view NetApp as a strategic partner who can enable their digital transformation and meet their needs from the edge to the core to the cloud. Our Data Fabric strategy and expanding portfolio of data services is driving deeper and more strategic engagements with customers and will ultimately lead to growth and share gains in the cloud and on-premises.

In closing, I want to emphasize that we're moving quickly to do the work needed to return to growth. We are examining every aspect of our business execution, driving focus and aligning resources against the biggest strategic markets while staying within the bounds of our financial model. Throughout FY '20, we will continue to evaluate initiatives that enable us to maximize our market opportunity. I'm confident in our position as we move into fiscal year '20. We expect to gain momentum as our investments in focus and coverage play out. We will keep you updated on the progress of these initiatives on future calls.

With that, I'll now turn the call over to Ron.

---

**Ronald J. Pasek** - *NetApp, Inc. - Executive VP & CFO*

Thanks, George. Good afternoon, everyone, and thank you for joining us. As a reminder, I'll be referring to non-GAAP numbers unless otherwise noted.

Despite some of the execution issues George highlighted, we again improved gross margins and delivered strong free cash flow with continued momentum in both our cloud data services and private cloud businesses.

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

Before discussing our full year results and guidance, I'll provide detail on our Q4 performance. In Q4, net revenues of $1.59 billion were within our guidance range and down 3% year-over-year, including over 2 points of currency headwind. Product revenue of $1 billion decreased approximately 2.5% year-over-year and would have been flat if not for currency headwinds.

Moving down the P&L. Software maintenance and hardware maintenance revenues of $526 million decreased 3% year-over-year. As George noted, we did not execute well on our maintenance renewals. However, our asset base continues to grow.

Deferred revenue, which was up over 9% year-over-year in Q4, continues to be the best measure of the health of our maintenance business and our customers' long-term commitment to NetApp. As a result, we expect maintenance revenues to grow in fiscal 2020.

Gross margin of 65.2% was above the high end of our guidance range and includes 0.5 point of currency headwind. Product gross margin was 55.3%, which is an increase of more than 2.5 points year-over-year. The product margin expansion was driven by continued sales force discipline, growth in our software-only products and approximately $30 million of ELAs. ELAs benefited product margins by less than 1 point. The expansion in product margin was offset by more than 1 point in currency headwind. Q4 '19 was the ninth straight quarter we increased product margins year-over-year even when adjusting for the benefit of ELAs.

Strong performance in gross margins reinforces our confidence in achieving our long-term targets provided at our Analyst Day. The combination of software and hardware maintenance and other services gross margin of 81.9% increased by 100 basis points year-over-year. Q4 operating expenses of $680 million were flat year-over-year but came in higher than anticipated, largely due to variable compensation associated with product-specific sales incentives. Operating margin was 22.5%, up 50 basis points year-over-year. EPS of $1.22 was at the low end of our guidance range and increased 9% year-over-year.

We closed Q4 with $3.9 billion in cash and short-term investments. Our cash conversion cycle was a positive 3 days, up 17 days year-over-year. DSO of 70 days were up 12 days as revenue shipments were unusually back-end loaded. The underperformance in revenue in the quarter drove DIO to 21 days, a 3-day increase. Given the transitory nature of these impacts, we expect to return to a negative cash conversion cycle in fiscal 2020. Despite the cash conversion cycle headwinds, cash flow from operations was $399 million. Free cash flow of $364 million represented 23% of revenues.

Our confidence in our ability to execute and long-term vision continues to be reflected in our capital allocation strategy. During Q4, we repurchased 7.3 million shares at an average price of $68.97 for a total of $500 million. Weighted average diluted shares outstanding were $249 million, down $24 million year-on-year, representing a 9% decrease. We had $1.9 billion remaining on our current share repurchase authorization, and we'll continue to be opportunistic given NetApp's free cash flow yield and return on invested capital profile.

During the quarter, we paid out $97 million in cash dividends. In total, we returned $597 million to shareholders, representing 164% of free cash flow generated in the quarter. Today, we also announced a 20% increase to our quarterly dividend, which will now be $0.48 per share per quarter.

Turning to our full year 2019 results. Net revenues of $6.1 billion increased 4% year-over-year, including 1 point of currency headwind. Gross margin of 65% was up 1.5 points compared to fiscal 2018 and was above our original guided range of 63% to 64%. Operating margin of 22.6% improved 3 points versus fiscal 2018 and was above our original guidance of 22%. EPS of $4.52 increased 27% year-over-year, demonstrating the operating leverage in our business model.

Fiscal 2019 represents the third consecutive year of 25% to 35% growth in EPS. We generated free cash flow of $1.2 billion in fiscal 2019, which represented 19% of net revenues. We continued to deliver on our capital allocation strategy with $2.1 billion in share repurchases and over $400 million in dividends, representing a total shareholder return of 215% of free cash flow. Over the last 3 years, our capital allocation strategy has returned $4.4 billion to shareholders.

Now onto guidance. In fiscal 2020, we expect revenues to grow at the low end of our mid-single-digit range driven by continued momentum in our private cloud business and an inflection in our cloud data services as solutions on Azure and other services become more broadly available. We also expect to reaccelerate growth in all-flash arrays. These fiscal 2020 growth drivers will be somewhat offset by a decline in our ON business. Sequential growth within the year will be consistent with our normal seasonal patterns except for the volatility introduced by ELAs. We expect

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

Client Id: 77

**MAY 22, 2019 / 9:00PM, NTAP - Q4 2019 NetApp Inc Earnings Call**

gross margin to be in the range of 64% to 65% and operating margin to be in the range of 23% to 24%. Implied in this guidance is our expectation that operating expenses will remain roughly flat year-on-year in fiscal 2020.

We are committed to delivering low teens EPS growth without buybacks and our effective tax rate to be approximately 19.5%. Additionally, we expect to continue to generate meaningful free cash flows in the range of 19% to 21% of revenues. We managed our supply chain to minimize the impact of China tariffs, and as a result, we do not expect tariffs to have a material impact in our business in fiscal 2020. Please note that we will be adjusting the definition of our strategic mature product categories in fiscal Q1 as planned to better align them with how we manage our business.

Now onto Q1 guidance. We expect net revenues to range between $1.315 billion and $1.465 billion, which at the midpoint implies a 6% decline in revenues year-over-year. It is worth noting that our fiscal Q1 revenue guidance includes over 1 point of currency headwind with no ELAs. The Q1 '19 compare is very challenging as we grew revenues by 12% year-over-year, including $90 million from ELAs. Adjusting for currency and ELAs, our fiscal Q1 total revenue guidance implies a 1% growth year-over-year.

In Q1, we expect consolidated gross margins to be approximately 65% and operating margin to be between 17% and 18%. We expect earnings per share for the first quarter to range between $0.78 and $0.86 per share.

To address the execution opportunities George highlighted, we conducted workforce realignment in both Q4 '19 and Q1 '20 as we continue to focus investment dollars toward the best market opportunities and key growth initiatives. The realignment charges are GAAP only and do not affect our non-GAAP results.

As we look out to fiscal 2020 and beyond, I remain confident in our ability to grow and deliver on our long-term profitability targets. We are diligently focused on improved execution. Our business model leverage and secular tailwinds created by market transitions to flash, private cloud and public cloud will enable us to continue to deliver on the commitments we've made to shareholders, partners and customers.

With that, I'll hand it back to Kris to open the call for Q&A. Kris?

---

**Kris Newton** - *NetApp, Inc. - VP of Corporate Communications & IR*

We'll now open the call for Q&A. (Operator Instructions) Thanks for your cooperation. Operator?

---

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Our first question comes from Rod Hall with Goldman Sachs.

---

**Rajagopal Raghunathan Kamesh** - *Goldman Sachs Group Inc., Research Division - Associate*

This is RK on behalf of Rod. Given that some of your competitors are also reporting weak results, could you comment on the overall demand environment and what could be driving the weakness? And also talk about when you aim to return to a product revenue growth.

---

**George Kurian** - *NetApp, Inc. - CEO, President & Director*

I think if you look at the overall demand environment for data center spending, I think it reflects 2 broad themes. In some parts of the world where there are notable changes in the macro economic outlook, people are taking a bit longer to define their annual budget plans or building a contingency budget model and buying for what they need or requiring more number of approvals for larger transactions, like we said last quarter. We saw some of that reflected in our European business this past quarter. In other parts of the world where the economy is stronger, we do see

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

