# EXHIBIT 7

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## NTAP - Q1 2020 NetApp Inc Earnings Call

## EVENT DATE/TIME: AUGUST 14, 2019 / 9:30PM GMT

### OVERVIEW:

Co. reported 1Q20 net revenues of $1.236b and EPS of $0.65. Expects FY20 revenues to be down 5-10%. Expects 2Q20 net revenues to be $1.325-1.475b and EPS to be $0.91-0.99.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## AUGUST 14, 2019 / 9:30PM, NTAP - Q1 2020 NetApp Inc Earnings Call

## CORPORATE PARTICIPANTS

**George Kurian** *NetApp, Inc. - CEO, President & Director*

**Kris Newton** *NetApp, Inc. - VP of Corporate Communications & IR*

**Ronald J. Pasek** *NetApp, Inc. - Executive VP & CFO*

## CONFERENCE CALL PARTICIPANTS

**Aaron Christopher Rakers** *Wells Fargo Securities, LLC, Research Division - MD of IT Hardware & Networking Equipment and Senior Analyst*

**Amit Jawaharlaz Daryanani** *Evercore ISI Institutional Equities, Research Division - Senior MD & Fundamental Research Analyst*

**Ananda Prosad Baruah** *Loop Capital Markets LLC, Research Division - MD*

**Andrew Teutli-Vadheim** *Wolfe Research, LLC - Research Analyst*

**Andrew James Nowinski** *Piper Jaffray Companies, Research Division - Principal & Senior Research Analyst*

**Eric Martinuzzi** *Lake Street Capital Markets, LLC, Research Division - Head of Research & Senior Research Analyst*

**Jim Suva** *Citigroup Inc, Research Division - Director*

**Kathryn Lynn Huberty** *Morgan Stanley, Research Division - MD and Research Analyst*

**Louis Rocco Miscioscia** *Daiwa Securities Co. Ltd., Research Division - Research Analyst*

**Matthew Normand Cabral** *Crédit Suisse AG, Research Division - Research Analyst*

**Mehdi Hosseini** *Susquehanna Financial Group, LLLP, Research Division - Senior Analyst*

**Nehal Sushil Chokshi** *Maxim Group LLC, Research Division - MD*

**Nikolay Todorov** *Longbow Research LLC - Analyst*

**Roderick B. Hall** *Goldman Sachs Group Inc., Research Division - MD*

**Simon Matthew Leopold** *Raymond James & Associates, Inc., Research Division - Research Analyst*

**Steven Bryant Fox** *Cross Research LLC - MD*

**Timothy Patrick Long** *Barclays Bank PLC, Research Division - MD*

## PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to the NetApp First Quarter Fiscal Year 2020 Conference Call. My name is Latif, and I will be your conference call coordinator for today. (Operator Instructions)

I will now turn the call over to Kris Newton, Vice President, Corporate Communications and Investor Relations. Please proceed, Ms. Newton.

---

**Kris Newton** *- NetApp, Inc. - VP of Corporate Communications & IR*

Thank you for joining us on our Q1 fiscal year 2020 earnings call. With me today are our CEO, George Kurian; and CFO, Ron Pasek. This call is being webcast live and will be available for replay on our website at netapp.com.

During today's call, we will make forward-looking statements and projections with respect to our financial outlook and future prospects such as our guidance for the second quarter and full fiscal year 2020; our expectations regarding future revenue, profitability, shareholder return; and our

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

AUGUST 14, 2019 / 9:30PM, NTAP - Q1 2020 NetApp Inc Earnings Call

ability to improve execution, gain share and expand our sales capacity without increasing total operating expenses, all of which involve risks and uncertainty. We disclaim any obligation to update our forward-looking statements and projections. Actual results may differ materially for a variety of reasons, including macroeconomic and market conditions, the IT capital spending environment and our ability to expand our total available market, acquire new accounts and new buyers, expand in existing accounts, capitalize on our Data Fabric strategy, improve the consistency of our sales execution and continue our capital allocation strategy. Please also refer to the documents we file from time to time with the SEC and available on our website, specifically our most recent Form 10-K for fiscal year 2019, including the management's discussion and analysis of financial condition and results of operations and risk factors sections and our current reports on Form 8-K. During the call, all financial measures presented will be non-GAAP unless otherwise indicated. Reconciliations of the GAAP to non-GAAP estimates are posted on our website.

I'll now turn the call over to George.

**George Kurian** - *NetApp, Inc. - CEO, President & Director*

Thanks, Kris. Good afternoon, everyone. Thank you for joining us. As we discussed on our call on August 1, while I'm clearly disappointed in our weaker-than-expected top line results, the fundamentals of our business are robust, and I am confident that we have the right strategy and technologies to address the market transitions to all-flash arrays, private cloud and cloud data services. We have a strong business model as a result of the hard work we conducted to improve gross margin and cost structure over the last several years. This enables us to navigate the ongoing macroeconomic headwinds and make the strategic moves that position us well to return to growth.

We have further analyzed the dynamics of what happened in the first quarter, and they confirmed that we are seeing a combination of slowdown related to overall macro conditions and company-specific go-to-market execution issues. We continue to see pressure on deal sizes, longer sales cycles and deferral of transactions. But as I noted on our earlier call, our underperformance is not across the board. Our APAC, Europe and U.S. Public Sector geographies were mostly on track. Even in the areas where we experienced the greatest weakness, top global accounts and the Americas, there were pockets of strength and high-performing teams. We have been very successful with some of our global accounts but we need to expand our wallet share in others. We have deep relationships with too few of these customers, which increases our susceptibility to a slowdown in spending related to the macro.

In the Americas, roughly 40% of our districts were successful in acquiring new customers, reaching new buyers within existing customers and effectively selling our entire portfolio and, as a result, grew year-over-year. Performance across districts is inconsistent. Our sales leadership and I are committed to improving our sales execution through necessary leadership changes, better inspection and discipline, expanded account coverage, acquisition and portfolio selling.

Let me underscore the fact that we do not believe that the revenue shortfall was related to a change in the competitive environment. Our win rates remain constant, and our product gross margins remain strong. In short, we need to replicate our proven areas of success by getting in front of more buyers with our full portfolio. To better capitalize on our opportunity, we will expand our sales capacity without increasing total operating expenses by continuing to make disciplined tradeoffs in our spending priorities.

To that end, I'll now provide more detail on the specific steps we are taking. First, we plan to add approximately 200 primary sales resources in the next 12 months with a focus in the Americas. We will do this without increasing the total operating expenses for the company. The new sales head count will focus on acquiring new accounts as well as engaging new buyers and finding new opportunities in existing accounts.

Second, we will sharpen the focus of our all-flash go-to-market, including marketing sales and services to emphasize our strong value proposition in mission-critical environments where customers continue to prioritize spending. We expect that this, combined with additional sales capacity, will return us to a position of growth in the all-flash market.

Third, now that our services are generally available in Azure and will soon be in Google, we expect to see an acceleration of cloud data services revenue as their sales teams ramp in selling our service. We continue to focus on expanding the range of use cases and deployment scenarios and enabling the various pathways to market to sell these services.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

And finally, we will scale our growth in the private cloud market through focused marketing and sales efforts. The increased sales capacity focused on reaching nonstorage buyers will support this effort. We are materially stepping up our efforts to address the appropriate buyers for our private cloud and cloud data services offerings as they are different from our traditional storage buyers.

To recap, I'm confident that we can return to growth by increasing our sales capacity, adding new accounts, reaching new nonstorage buyers and selling the full portfolio. We expect that these efforts will accelerate our participation in the growing private cloud and cloud data services markets and drive share gains. Additionally, these actions will broaden our pipeline while lowering risks stemming from customer concentration.

In Q1, our all-flash array business, inclusive of All Flash FAS, EF and SolidFire products and services, declined 24% year-over-year to an annualized net revenue run rate of $1.7 billion. This comparison includes a significant amount of ELA revenue related to all-flash in Q1 a year ago that did not repeat in Q1 this year. While I'm disappointed by the performance of this part of the business, I remain confident in our competitive positioning and our opportunity for continued success. We have industry-leading guaranteed storage efficiency, the highest performance and the most complete cloud integration in the market today. And the actions we are taking to increase sales coverage and target mission-critical workloads will help return our all-flash business to growth.

Moving to our private cloud solutions. SolidFire, NetApp HCI and StorageGRID are the building blocks for private cloud deployments, enabling customers to bring public cloud-like experience and economics into their data centers. Our private cloud business, inclusive of products and services, attained an annualized net revenue run rate of $250 million in the first quarter, up 85% year-over-year.

Now on to cloud data services. In Q1, we achieved general availability with Microsoft, with Azure NetApp Files and beta release with Cloud Volumes Service for Google Cloud. Based on the last month of Q1, our annualized recurring revenue for cloud data services increased to approximately $61 million, up 189% year-over-year. We continue to see a healthy mix of customers new to NetApp in our cloud services and expect that cloud services will continue to enable us to reach new buyers and contribute to our acquisition of new customers. We are very pleased with the initial ramp of Azure NetApp Files since becoming generally available.

I'll share a customer example to illustrate why we're so excited. We are working with a Fortune 10 company to meet its cloud-first initiative while delivering an equal or better experience to their on-premises environment with all the agility benefits of the cloud. The customer began testing Azure NetApp Files while it was in preview. And now that it's generally available, they have established a footprint of almost 2 petabytes and are growing by 100 terabytes per week. While some of this data will migrate from existing NetApp systems, roughly 2/3 of the data they will move to Azure NetApp Files currently resides on competitor's storage systems.

Our sales team partnered closely with the Azure team to leverage our expertise to help the customer establish their data strategy in the cloud. By working directly with the customer's cloud leadership, we have moved from being merely an infrastructure provider with a minority position in the customer's data center to a key strategic partner. This is a great example of not only how our cloud strategy helps us expand our opportunity by displacing competitive footprint but how also reaching new buyers -- in this case, the cloud team -- contributes to our growth. As I have described many times, customers and partners are choosing NetApp because of our Data Fabric strategy and our unique relationships with the hyperscale cloud providers.

Before closing, I would like to acknowledge and thank some longtime NetAppers who are moving on for their contributions to our company. Tom Mendoza, Vice Chairman; Joel Reich, EVP, Storage Systems and Software business unit; and Thomas Stanley, Senior VP of the Americas. We wish them all well. As we align to execute and thrive in a highly dynamic environment, change is inevitable. To that end, I'd like to recognize 2 key promotions: Brad Anderson to EVP and GM, overseeing both our Cloud Infrastructure and Storage Systems and Software business units; and Scott Allen to Chief Accounting Officer. I would also like to welcome Sanjay Rohatgi, Senior VP and GM of Asia Pacific. I look forward to their contributions in the continuing evolution of NetApp.

I am confident in our strategy and the fundamentals of our business model. Our continued strong cash generation is a great example of the underlying health of our business. We remain committed to our capital allocation policy of returning cash to shareholders through share buybacks and the recently increased quarterly dividend. We will remain fiscally disciplined with our expenditures while still investing for the long-term health of our business. We consistently receive positive feedback from our customers and partners on the value of our Data Fabric strategy, and the strong

4

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

## AUGUST 14, 2019 / 9:30PM, NTAP - Q1 2020 NetApp Inc Earnings Call

performance of our best teams demonstrates our ability to capitalize on this strength. We are confident that we can return to growth by replicating their success in reaching more customers and buying centers with our full portfolio. We will keep you updated on the progress of these initiatives on future calls.

I'll now turn the call over to Ron. Ron?

---

**Ronald J. Pasek** - *NetApp, Inc. - Executive VP & CFO*

Thanks, George. Good afternoon, everyone, and thank you for joining us. As a reminder, I'll be referring to non-GAAP numbers unless otherwise noted.

To reiterate George's sentiment, we are clearly disappointed with the Q1 results and are committed to addressing the challenges we faced during the quarter. Despite the magnitude of our Q1 revenue shortfall, the gross margin and cost structure improvements we've made over the last 3 years provide support for our free cash flow generation. As a result, we remain committed to our capital allocation strategy of returning cash to shareholders through share buybacks and our recently increased quarterly dividend.

Before discussing our guidance, I'll provide further detail on our Q1 performance. In Q1, net revenues of $1.236 billion were down 16% year-over-year, including over 1 point of currency headwind. Product revenue of $644 million decreased approximately 26% year-over-year. As a reminder, the Q1 '19 compare includes $90 million of ELA revenues, which did not repeat this quarter. Adjusting for ELAs, Q1 revenue would have been down approximately 11%, and product revenues would have been down approximately 18%.

Moving down the P&L. Software maintenance and hardware maintenance revenue of $523 million decreased 1% year-over-year and was flat when adjusting for currency. Deferred revenue, which was up 8% year-over-year in Q1, continues to be a strong indicator of the health of our installed base.

As we mentioned on the Q4 call and to provide greater insight into the dynamics of our business, we have updated our strategic and mature product view. Strategic product revenue includes add-on software, private cloud solutions and all products related to all-flash arrays. Mature product revenue now includes OEM and all products related to disk and hybrid arrays. A historical recast of this strategic mature breakout can be found in our website. As a reminder, cloud data services revenue is included in software maintenance.

Gross margin of 67.2% was above the high end of our guidance range and includes approximately 0.5 point of currency headwind. Product gross margin was 53.4%, which is an increase of 2.8 points year-over-year when adjusting for ELAs. The increase was driven by sales force discipline and cost reduction and includes nearly a point of currency headwinds. Q1 was the 10th straight quarter we increased product margins year-over-year when adjusting for the benefit of ELAs. The combination of software and hardware maintenance and other services gross margin of 82.1% increased by 50 basis points year-over-year. Q1 operating expenses of $652 million were flat year-over-year. Operating margin was 14.4%. EPS of $0.65 was above the preliminary estimate we provided on our August 1 call but below our original guidance range.

We closed Q1 with $3.5 billion in cash and short-term investments. Our cash conversion cycle was a negative 10 days, up 10 days year-over-year. DSO of 40 days was up 2 days year-over-year and down 30 days sequentially. The underperformance in revenue in the quarter drove DIO to 25 days, an 8-day increase year-over-year. We expect our cash conversion cycle to remain negative throughout fiscal 2020. Despite the revenue shortfall in the quarter, cash flow from operations was $310 million. Free cash flow of $278 million represented 22% of revenues and was up approximately 6% year-over-year.

During Q1, we repurchased 3.9 million shares at an average price of $64.87 for a total of $250 million, which is consistent with our planned run rate heading into fiscal 2020. Weighted average diluted shares outstanding were 243 million, down 26 million year-over-year, representing a 10% decrease. During the quarter, we paid out $150 million in cash dividends. In total, we returned $365 million to shareholders, representing 131% of free cash flow generated in the quarter. Our fiscal Q2 cash dividend is $0.48 per share.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Now on to guidance. As we discussed on our August 1 call, we expect revenues for fiscal 2020 to be down between 5% and 10% year-over-year. We continue to expect sequential growth within the year to be consistent with our normal seasonal patterns except for the volatility introduced by ELAs. For fiscal 2020, we now expect gross margin to be in the range of 66% to 67%, above our previous guidance range of 64% to 65%, due primarily to the mix shift towards higher-margin maintenance revenues as a result of the weakness in product sales. Operating margin for fiscal 2020 is expected to be in the range of 19% to 22%. Implied in this guidance is our expectation that operating expenses will be flat to slightly down year-over-year in fiscal 2020.

As George highlighted, we expect to add 200 head count to our sales coverage model over the next 12 months. As a result of the current revenue guidance, we expect EPS to be down between 2% and 15% year-over-year without the benefit of buybacks. Given the relative weakness of our Americas business in Q1, we now expect our effective tax rate to be approximately 18% to 19% in fiscal 2020. Additionally, we expect to continue to generate meaningful free cash flow in the range of 19% to 21% of revenues.

Now on to Q2 guidance. We expect Q2 net revenues to range between $1.325 billion and $1.475 billion, which, at the midpoint, implies an 8% decline in revenues year-over-year, including over a point of currency headwind. For Q2, we expect consolidated gross margin to be approximately 66% and operating margin to be between 18% and 19%. We expect earnings per share for the second quarter of between $0.91 and $0.99 per share.

We are diligently focused on improved execution and addressing the challenges we face. We are committed to returning the company to growth as we implement action plan George outlined. And we remain confident our business model leverage will enable us to deliver long-term shareholder returns.

With that, I'll turn it back to Kris to open the call up for Q&A. Kris?

**Kris Newton** - *NetApp, Inc. - VP of Corporate Communications & IR*

We'll now open the call for Q&A. (Operator Instructions) Thanks for your cooperation. Operator?

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Our first question comes from the line of Nehal Chokshi of Maxim Group.

**Nehal Sushil Chokshi** - *Maxim Group LLC, Research Division - MD*

You probably have covered this in the script, but your guidance does call for a significant improvement in the year-over-year revenue growth profile, and I appreciate all the detail on what you're doing to address the shortfall. Is it true to say that these things that you're doing, you expect to actually result in that improvement this quickly?

**George Kurian** - *NetApp, Inc. - CEO, President & Director*

If you look at our Q2 seasonality, there are sort of 2 or 3 elements that come into play. The first is Q2 is typically a strong quarter for our U.S. Public Sector business. The second is cloud data services and our private cloud business should continue to perform in a normal seasonal acceleration model. And then the third is that we have factored in and probably -- probability weighted a little impact from ELAs in Q2. As you might note from the call script, we did not see any ELAs in Q1.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

## AUGUST 14, 2019 / 9:30PM, NTAP - Q1 2020 NetApp Inc Earnings Call

**Nehal Sushil Chokshi** - *Maxim Group LLC, Research Division - MD*

Understood. Okay. And then the deferred revenue continues to trend up year-over-year despite a significant year-over-year product revenue decline below even the July 2015 and July 2016 levels. Is it safe to say that this is a reflection of an increasing attach in software services per dollar of install base?

**Ronald J. Pasek** - *NetApp, Inc. - Executive VP & CFO*

So it's a function of several things. That's one. It's also a function of we're doing a little better job on renewals and point-of-sale. The point-of-sale rate for services has held steady. So it's a focus area. It has been for a while. We told you that. And we're doing a little bit better in it.

**Operator**

Our next question comes from Rod Hall of Goldman Sachs.

**Roderick B. Hall** - *Goldman Sachs Group Inc., Research Division - MD*

I wanted to start off I guess with the AFA weakness you called out, George, and see as -- and yet it looks like, I mean if we back that out, the hybrid trajectory was okay. I mean things seem more stable there. So I wonder if you could just drill into that in a little bit more detail, what you see going on there. Is it just a factor of this macro weakness? Or are you seeing people backing off of AFA investment but keeping up with hybrid? And then I wanted to just double-check, just as a housekeeping measure. The -- you are guiding with ELAs in the guide this quarter. Just want to check that because I thought previously, you guys have decided not to guide ELAs anymore.

**Ronald J. Pasek** - *NetApp, Inc. - Executive VP & CFO*

So Rod, it's factored in with a probability. So there's some in there, and we factored it down a little bit just in case so -- and there was some in there last year, so that's a fair compare. But we didn't put it in at the full value.

**George Kurian** - *NetApp, Inc. - CEO, President & Director*

The second -- with regard to the mix of AFAs and hybrid, if you recall, last year, we had 2 elements that drove the AFA business. The first one is we had several large global customers that purchased a lot of AFAs. And as we noted on our call, those customers are most impacted by the spending slowdown in hardware. The second was that we also had about $90 million of ELAs last year, and a good chunk of that was attributed to all-flash purchases. So those 2 onetime items on the compare was what drove the AFA number down substantially more than HFA. I would not say that there was any pattern of customers not choosing AFAs as opposed to HFAs in the broad demand environment.

**Operator**

Next question comes from Matt Cabral of Credit Suisse.

**Matthew Normand Cabral** - *Crédit Suisse AG, Research Division - Research Analyst*

Just wondering if you can talk a little bit more about what's driving the uptick in gross margin guidance for the year and in particular just how we should think about the trajectory of product margins against just the potential for a pickup in the competitive environment if some of this lower deal environment lingers a little bit.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


**THOMSON REUTERS**