# EXHIBIT 12



| | |
|---|---|
| **Company:** | NETAPP, INC. |
| **Document:** | 4 • 6/4/2019 |
| **Section:** | Entire Document |
| **File Number:** | 000-27130 |
| **Pages:** | 2 |

1/27/2020 11:24:20 AM

SEC Form 4

**FORM 4**

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| PASEK RONALD J | NetApp, Inc. [ NTAP ] | |
| (Last)         (First)         (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 05/31/2019 | Director     10% Owner<br> X   Officer (give title below)    Other (specify below)<br> EVP Finance & Operations, CFO |
| 1395 CROSSMAN AVE | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br> X   Form filed by One Reporting Person<br> Form filed by More than One Reporting Person |
| SUNNYVALE    CA     94089 | | |
| (City)         (State)         (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/31/2019 | | J[(1)] | | 300 | A | $50.32 | 122,806 | D | |
| Common Stock | 06/01/2019 | | M | | 8,077 | A | $0.0 | 130,883 | D | |
| Common Stock | 06/01/2019 | | F | | 4,004 | D | $59.2 | 126,879 | D | |
| Common Stock | 06/01/2019 | | M | | 9,000 | A | $0.0 | 135,879 | D | |
| Common Stock | 06/01/2019 | | F | | 4,462 | D | $59.2 | 131,417 | D | |
| Common Stock | 06/01/2019 | | M | | 5,625 | A | $0.0 | 137,042 | D | |
| Common Stock | 06/01/2019 | | F | | 2,788 | D | $59.2 | 134,254 | D | |
| Common Stock | 06/03/2019 | | S | | 58,052 | D | $58.4895[(2)] | 76,202 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | $0.0[(3)] | 06/01/2019 | | M | | | 8,077 | 06/01/2017[(4)] | 06/01/2023 | Common Stock | 8,077 | $0.0 | 8,077 | D | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned** (e.g., puts, calls, warrants, options, convertible securities) | | | | | | | | | | | |
| **1. Title of Derivative Security (Instr. 3)** | **2. Conversion or Exercise Price of Derivative Security** | **3. Transaction Date (Month/Day/Year)** | **3A. Deemed Execution Date, if any (Month/Day/Year)** | **4. Transaction Code (Instr. 8)** | | **5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5)** | | **6. Date Exercisable and Expiration Date (Month/Day/Year)** | | **7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4)** | | **8. Price of Derivative Security (Instr. 5)** | **9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4)** | **10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4)** | **11. Nature of Indirect Beneficial Ownership (Instr. 4)** |
| | | | | **Code** | **V** | **(A)** | **(D)** | **Date Exercisable** | **Expiration Date** | **Title** | **Amount or Number of Shares** | | | | |
| Restricted Stock Unit | $0.0[3] | 06/01/2019 | | M | | | 9,000 | 06/01/2018[5] | 06/01/2024 | Common Stock | 9,000 | $0.0 | 18,000 | D | |
| Restricted Stock Unit | $0.0[3] | 06/01/2019 | | M | | | 5,625 | 06/01/2019[6] | 06/04/2025 | Common Stock | 5,625 | $0.0 | 16,875 | D | |
| Restricted Stock Unit | $0.0[3] | 06/03/2019 | | A | | 21,500 | | 06/01/2020[7] | 06/03/2026 | Common Stock | 21,500 | $0.0 | 21,500 | D | |

**Explanation of Responses:**

1. Shares purchased under the NetApp 1999 Employee Stock Purchase plan on May 31, 2019.

2. The price in Column 4 is a weighted average price. The prices actually received ranged from $58.40 to $58.605. The reporting person will provide to the issuer, any security holder of the issuer, or the SEC staff, upon request, information regarding the number of shares sold at each price within the range.

3. Restricted stock units convert into common stock on a one-for-one basis.

4. On June 1, 2016, the reporting person was granted 32,309 restricted stock units, vesting in four equal annual installments beginning on June 1, 2017 and subject to continued service on each applicable vesting date.

5. On June 1, 2017, the reporting person was granted 36,000 restricted stock units, vesting in four equal annual installments beginning on June 1, 2018 and subject to continued service on each applicable vesting date.

6. On June 4, 2018, the reporting person was granted 22,500 restricted stock units, vesting in four equal annual installments beginning on June 1, 2019 and subject to continued service on each applicable vesting date.

7. On June 3, 2019, the reporting person was granted 21,500 restricted stock units, vesting in four equal annual installments beginning on June 1, 2020 and subject to continued service on each applicable vesting date.

By: Roberta S Cohen Attorney-in-Fact For: Ronald James Pasek                06/04/2019

** Signature of Reporting Person                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**