# EXHIBIT 14

**NetApp Inc.**
**Historical Stock Prices**
**May 22, 2019 to January 24, 2020**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/22/2019 | 68.99 | 69.18 | 66.71 | 67.10 | 65.45 | 6253700 |
| 5/23/2019 | 61.05 | 61.69 | 58.11 | 61.66 | 60.14 | 13771000 |
| 5/24/2019 | 61.92 | 62.78 | 61.57 | 62.00 | 60.47 | 2680600 |
| 5/28/2019 | 62.36 | 62.47 | 60.69 | 60.70 | 59.21 | 3128500 |
| 5/29/2019 | 60.38 | 60.85 | 59.70 | 60.31 | 58.83 | 2248000 |
| 5/30/2019 | 60.46 | 60.93 | 59.84 | 60.45 | 58.96 | 1614300 |
| 5/31/2019 | 59.48 | 59.81 | 58.94 | 59.20 | 57.74 | 4084900 |
| 6/3/2019 | 58.82 | 59.13 | 58.20 | 58.91 | 57.46 | 4325000 |
| 6/4/2019 | 59.61 | 61.23 | 59.59 | 61.15 | 59.65 | 2663400 |
| 6/5/2019 | 61.93 | 62.23 | 60.43 | 61.13 | 59.63 | 2104600 |
| 6/6/2019 | 61.13 | 61.41 | 60.52 | 61.09 | 59.59 | 2688400 |
| 6/7/2019 | 61.63 | 61.63 | 60.73 | 61.30 | 59.79 | 2479800 |
| 6/10/2019 | 61.58 | 62.89 | 61.45 | 62.32 | 60.79 | 1851200 |
| 6/11/2019 | 63.13 | 63.15 | 62.01 | 62.12 | 60.59 | 2864400 |
| 6/12/2019 | 62.01 | 62.12 | 61.34 | 61.52 | 60.01 | 1856500 |
| 6/13/2019 | 61.95 | 62.55 | 61.56 | 62.16 | 60.63 | 1991800 |
| 6/14/2019 | 61.84 | 61.90 | 60.76 | 60.98 | 59.48 | 1966500 |
| 6/17/2019 | 61.02 | 61.25 | 60.01 | 60.14 | 58.66 | 2786600 |
| 6/18/2019 | 60.70 | 62.11 | 60.61 | 61.45 | 59.94 | 2231700 |
| 6/19/2019 | 61.76 | 62.00 | 61.11 | 61.72 | 60.20 | 1711200 |
| 6/20/2019 | 62.82 | 63.45 | 62.00 | 62.67 | 61.13 | 1504400 |
| 6/21/2019 | 62.66 | 62.66 | 60.88 | 61.46 | 59.95 | 4932300 |
| 6/24/2019 | 61.55 | 62.15 | 61.18 | 61.25 | 59.74 | 1418900 |
| 6/25/2019 | 61.30 | 61.73 | 60.92 | 60.96 | 59.46 | 1584200 |
| 6/26/2019 | 61.33 | 61.73 | 60.48 | 60.63 | 59.14 | 1727000 |
| 6/27/2019 | 60.98 | 61.82 | 60.94 | 61.00 | 59.50 | 2183000 |
| 6/28/2019 | 61.38 | 62.16 | 61.17 | 61.70 | 60.18 | 2263600 |
| 7/1/2019 | 62.84 | 63.55 | 62.38 | 62.84 | 61.29 | 1557400 |
| 7/2/2019 | 62.84 | 62.99 | 61.58 | 61.93 | 60.41 | 2425100 |
| 7/3/2019 | 61.73 | 62.52 | 61.45 | 62.49 | 61.43 | 935700 |
| 7/5/2019 | 62.15 | 62.45 | 61.47 | 62.41 | 61.35 | 1174000 |
| 7/8/2019 | 59.24 | 60.54 | 59.00 | 60.42 | 59.39 | 3374700 |
| 7/9/2019 | 59.88 | 60.33 | 59.28 | 60.15 | 59.13 | 2293900 |
| 7/10/2019 | 60.77 | 60.88 | 59.93 | 60.28 | 59.26 | 2287500 |
| 7/11/2019 | 60.39 | 60.82 | 59.52 | 60.57 | 59.54 | 1972900 |
| 7/12/2019 | 60.89 | 61.51 | 60.42 | 61.12 | 60.08 | 1845700 |
| 7/15/2019 | 61.23 | 61.51 | 60.20 | 60.82 | 59.79 | 1338100 |
| 7/16/2019 | 60.87 | 60.87 | 58.05 | 58.95 | 57.95 | 2954100 |
| 7/17/2019 | 59.29 | 59.70 | 59.02 | 59.32 | 58.31 | 2469600 |
| 7/18/2019 | 59.01 | 59.84 | 58.18 | 58.82 | 57.82 | 2065200 |
| 7/19/2019 | 59.15 | 60.18 | 58.76 | 59.42 | 58.41 | 2168200 |
| 7/22/2019 | 59.42 | 59.92 | 58.66 | 58.70 | 57.70 | 1637700 |
| 7/23/2019 | 59.22 | 59.65 | 58.35 | 59.10 | 58.10 | 1349100 |
| 7/24/2019 | 58.72 | 59.45 | 58.14 | 58.82 | 57.82 | 1627100 |
| 7/25/2019 | 58.82 | 59.53 | 58.53 | 58.73 | 57.73 | 1400400 |
| 7/26/2019 | 58.99 | 59.41 | 58.32 | 59.11 | 58.11 | 1698700 |

**NetApp Inc.**
**Historical Stock Prices**
**May 22, 2019 to January 24, 2020**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 7/29/2019 | 58.12 | 59.51 | 57.45 | 59.24 | 58.23 | 2470000 |
| 7/30/2019 | 58.84 | 59.61 | 58.68 | 59.49 | 58.48 | 1478200 |
| 7/31/2019 | 59.57 | 59.84 | 57.73 | 58.49 | 57.50 | 2144300 |
| 8/1/2019 | 58.41 | 59.69 | 57.37 | 57.71 | 56.73 | 3081800 |
| 8/2/2019 | 47.90 | 48.00 | 44.79 | 46.04 | 45.26 | 17339200 |
| 8/5/2019 | 45.31 | 46.47 | 44.95 | 45.16 | 44.39 | 4534900 |
| 8/6/2019 | 45.48 | 46.30 | 45.26 | 46.01 | 45.23 | 3229400 |
| 8/7/2019 | 45.37 | 46.45 | 45.25 | 46.27 | 45.48 | 3408700 |
| 8/8/2019 | 46.28 | 47.93 | 46.18 | 47.75 | 46.94 | 3666400 |
| 8/9/2019 | 47.37 | 47.59 | 46.03 | 46.58 | 45.79 | 2257600 |
| 8/12/2019 | 46.39 | 46.40 | 45.52 | 46.11 | 45.33 | 2099700 |
| 8/13/2019 | 46.21 | 48.03 | 45.94 | 46.99 | 46.19 | 2784000 |
| 8/14/2019 | 45.98 | 46.31 | 44.55 | 44.71 | 43.95 | 4401900 |
| 8/15/2019 | 45.72 | 48.05 | 45.37 | 46.47 | 45.68 | 5101900 |
| 8/16/2019 | 46.84 | 47.02 | 46.10 | 46.76 | 45.97 | 2892000 |
| 8/19/2019 | 47.70 | 47.80 | 46.96 | 47.01 | 46.21 | 2507400 |
| 8/20/2019 | 46.92 | 46.97 | 45.97 | 46.09 | 45.31 | 2136900 |
| 8/21/2019 | 46.73 | 47.34 | 46.56 | 46.89 | 46.09 | 1914200 |
| 8/22/2019 | 46.86 | 47.32 | 46.30 | 46.78 | 45.99 | 1852500 |
| 8/23/2019 | 45.95 | 46.86 | 45.22 | 45.43 | 44.66 | 2541700 |
| 8/26/2019 | 46.41 | 46.85 | 46.09 | 46.56 | 45.77 | 2377200 |
| 8/27/2019 | 46.94 | 46.99 | 46.10 | 46.51 | 45.72 | 2693100 |
| 8/28/2019 | 46.59 | 47.38 | 46.24 | 46.82 | 46.02 | 1970300 |
| 8/29/2019 | 47.65 | 48.20 | 47.51 | 47.90 | 47.09 | 1765900 |
| 8/30/2019 | 48.45 | 48.89 | 47.84 | 48.06 | 47.24 | 2747000 |
| 9/3/2019 | 47.51 | 47.81 | 46.70 | 47.41 | 46.60 | 2351600 |
| 9/4/2019 | 48.20 | 49.22 | 48.17 | 49.15 | 48.32 | 2853700 |
| 9/5/2019 | 49.97 | 51.87 | 49.60 | 51.76 | 50.88 | 3424200 |
| 9/6/2019 | 51.76 | 52.27 | 51.49 | 51.98 | 51.10 | 2983600 |
| 9/9/2019 | 53.75 | 54.90 | 52.89 | 54.78 | 53.85 | 3968600 |
| 9/10/2019 | 54.62 | 55.05 | 53.66 | 54.51 | 53.58 | 4172100 |
| 9/11/2019 | 54.83 | 56.24 | 54.26 | 56.22 | 55.27 | 3431000 |
| 9/12/2019 | 56.05 | 56.66 | 55.31 | 56.36 | 55.40 | 4103200 |
| 9/13/2019 | 56.37 | 56.85 | 55.60 | 56.57 | 55.61 | 3102600 |
| 9/16/2019 | 56.64 | 57.01 | 56.10 | 56.84 | 55.87 | 3256100 |
| 9/17/2019 | 56.27 | 56.84 | 55.21 | 56.54 | 55.58 | 3020900 |
| 9/18/2019 | 56.24 | 56.52 | 54.30 | 54.93 | 54.00 | 2537000 |
| 9/19/2019 | 55.10 | 55.44 | 54.31 | 54.43 | 53.51 | 2242100 |
| 9/20/2019 | 54.42 | 54.80 | 53.81 | 54.10 | 53.18 | 4678500 |
| 9/23/2019 | 54.03 | 54.87 | 53.50 | 54.53 | 53.60 | 1917400 |
| 9/24/2019 | 54.52 | 54.60 | 52.63 | 52.96 | 52.06 | 2942800 |
| 9/25/2019 | 52.78 | 54.05 | 52.61 | 53.81 | 52.90 | 1855200 |
| 9/26/2019 | 54.13 | 54.13 | 52.88 | 53.69 | 52.78 | 1686100 |
| 9/27/2019 | 53.93 | 54.65 | 53.58 | 53.91 | 52.99 | 1459800 |
| 9/30/2019 | 52.73 | 53.17 | 52.27 | 52.51 | 51.62 | 3207400 |
| 10/1/2019 | 53.07 | 53.54 | 51.49 | 51.99 | 51.11 | 2325000 |

**NetApp Inc.**
**Historical Stock Prices**
**May 22, 2019 to January 24, 2020**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 10/2/2019 | 51.44 | 51.68 | 50.53 | 51.38 | 50.51 | 2517500 |
| 10/3/2019 | 50.73 | 51.52 | 50.22 | 51.42 | 51.02 | 2184000 |
| 10/4/2019 | 51.63 | 52.09 | 51.18 | 52.06 | 51.66 | 1774900 |
| 10/7/2019 | 51.90 | 52.90 | 51.89 | 52.03 | 51.63 | 1670000 |
| 10/8/2019 | 51.41 | 51.42 | 50.54 | 50.56 | 50.17 | 1887200 |
| 10/9/2019 | 51.07 | 51.84 | 50.91 | 51.37 | 50.97 | 1401800 |
| 10/10/2019 | 49.04 | 50.53 | 48.81 | 49.78 | 49.40 | 3954800 |
| 10/11/2019 | 50.49 | 51.91 | 50.39 | 51.49 | 51.09 | 2056800 |
| 10/14/2019 | 51.51 | 52.38 | 51.20 | 52.20 | 51.80 | 1762900 |
| 10/15/2019 | 52.23 | 53.11 | 51.85 | 53.04 | 52.63 | 1735900 |
| 10/16/2019 | 53.13 | 53.64 | 52.91 | 53.22 | 52.81 | 1327600 |
| 10/17/2019 | 53.44 | 54.04 | 53.24 | 54.02 | 53.60 | 1582400 |
| 10/18/2019 | 53.96 | 53.98 | 53.04 | 53.49 | 53.08 | 1759400 |
| 10/21/2019 | 54.14 | 55.43 | 53.90 | 54.57 | 54.15 | 2665100 |
| 10/22/2019 | 54.66 | 55.59 | 54.15 | 55.18 | 54.75 | 1508300 |
| 10/23/2019 | 55.21 | 56.12 | 55.12 | 56.01 | 55.58 | 1689200 |
| 10/24/2019 | 56.32 | 56.47 | 54.78 | 55.45 | 55.02 | 1560100 |
| 10/25/2019 | 55.54 | 56.40 | 55.28 | 56.01 | 55.58 | 1437200 |
| 10/28/2019 | 56.31 | 56.64 | 55.67 | 55.86 | 55.43 | 2229800 |
| 10/29/2019 | 55.78 | 55.93 | 55.35 | 55.47 | 55.04 | 1645600 |
| 10/30/2019 | 55.29 | 56.41 | 55.00 | 56.37 | 55.94 | 1558800 |
| 10/31/2019 | 56.18 | 56.36 | 55.42 | 55.88 | 55.45 | 1983400 |
| 11/1/2019 | 56.45 | 57.11 | 55.67 | 57.09 | 56.65 | 2216900 |
| 11/4/2019 | 57.91 | 58.69 | 57.44 | 57.92 | 57.47 | 2201300 |
| 11/5/2019 | 57.92 | 59.71 | 57.75 | 59.53 | 59.07 | 2665900 |
| 11/6/2019 | 59.32 | 59.70 | 57.84 | 57.88 | 57.43 | 2771300 |
| 11/7/2019 | 58.37 | 59.50 | 58.25 | 58.94 | 58.49 | 1742100 |
| 11/8/2019 | 58.63 | 59.49 | 58.26 | 59.41 | 58.95 | 1597700 |
| 11/11/2019 | 59.22 | 60.20 | 58.91 | 59.87 | 59.41 | 1978100 |
| 11/12/2019 | 60.16 | 60.24 | 59.51 | 60.14 | 59.68 | 1997000 |
| 11/13/2019 | 60.01 | 60.94 | 59.90 | 60.07 | 59.61 | 4392100 |
| 11/14/2019 | 59.86 | 63.00 | 59.50 | 61.98 | 61.50 | 7650100 |
| 11/15/2019 | 62.49 | 63.07 | 61.76 | 62.87 | 62.39 | 2456800 |
| 11/18/2019 | 62.56 | 63.79 | 62.17 | 63.49 | 63.00 | 2389800 |
| 11/19/2019 | 63.80 | 63.93 | 62.00 | 62.90 | 62.41 | 2972800 |
| 11/20/2019 | 62.33 | 62.87 | 61.08 | 61.44 | 60.97 | 2471300 |
| 11/21/2019 | 61.65 | 61.85 | 60.65 | 60.70 | 60.23 | 2246700 |
| 11/22/2019 | 60.92 | 61.28 | 60.45 | 61.23 | 60.76 | 2502200 |
| 11/25/2019 | 61.77 | 62.98 | 61.26 | 62.65 | 62.17 | 2196200 |
| 11/26/2019 | 62.42 | 62.59 | 60.18 | 60.51 | 60.04 | 4633600 |
| 11/27/2019 | 60.56 | 60.92 | 60.15 | 60.55 | 60.08 | 1654900 |
| 11/29/2019 | 60.47 | 61.07 | 60.47 | 60.59 | 60.12 | 838700 |
| 12/2/2019 | 60.10 | 60.74 | 59.38 | 59.42 | 58.96 | 1802800 |
| 12/3/2019 | 58.43 | 58.68 | 57.64 | 58.58 | 58.13 | 2071900 |
| 12/4/2019 | 59.16 | 59.63 | 58.71 | 59.34 | 58.88 | 1625300 |
| 12/5/2019 | 60.00 | 60.45 | 59.36 | 60.08 | 59.62 | 1478000 |

**NetApp Inc.**
**Historical Stock Prices**
**May 22, 2019 to January 24, 2020**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/6/2019 | 60.85 | 61.50 | 60.72 | 61.03 | 60.56 | 1937700 |
| 12/9/2019 | 60.78 | 61.37 | 60.51 | 60.53 | 60.06 | 1795300 |
| 12/10/2019 | 60.53 | 60.92 | 60.14 | 60.36 | 59.89 | 1250100 |
| 12/11/2019 | 60.42 | 60.72 | 60.25 | 60.66 | 60.19 | 1272800 |
| 12/12/2019 | 60.82 | 62.81 | 60.07 | 62.73 | 62.25 | 2440000 |
| 12/13/2019 | 62.23 | 63.30 | 61.92 | 63.24 | 62.75 | 2444800 |
| 12/16/2019 | 63.95 | 64.49 | 63.51 | 63.54 | 63.05 | 2323300 |
| 12/17/2019 | 63.91 | 64.00 | 63.14 | 63.46 | 62.97 | 1459600 |
| 12/18/2019 | 63.46 | 63.92 | 62.90 | 62.97 | 62.48 | 1431800 |
| 12/19/2019 | 63.33 | 63.71 | 62.87 | 63.23 | 62.74 | 1957400 |
| 12/20/2019 | 63.29 | 63.69 | 61.76 | 62.07 | 61.59 | 5612700 |
| 12/23/2019 | 62.38 | 63.30 | 62.25 | 62.80 | 62.32 | 1693000 |
| 12/24/2019 | 62.90 | 63.25 | 62.40 | 62.86 | 62.38 | 541900 |
| 12/26/2019 | 62.96 | 63.28 | 62.22 | 62.52 | 62.04 | 1210500 |
| 12/27/2019 | 62.77 | 62.77 | 61.39 | 61.43 | 60.96 | 1130300 |
| 12/30/2019 | 61.47 | 61.78 | 60.94 | 61.53 | 61.06 | 1548000 |
| 12/31/2019 | 61.30 | 62.28 | 61.26 | 62.25 | 61.77 | 1727100 |
| 1/2/2020 | 61.97 | 62.82 | 61.80 | 62.77 | 62.77 | 1670000 |
| 1/3/2020 | 61.95 | 62.49 | 61.21 | 61.70 | 61.70 | 1429800 |
| 1/6/2020 | 61.13 | 62.01 | 61.12 | 61.55 | 61.55 | 1005400 |
| 1/7/2020 | 61.67 | 62.20 | 61.24 | 61.95 | 61.95 | 1575000 |
| 1/8/2020 | 62.23 | 63.38 | 61.98 | 63.14 | 63.14 | 1801500 |
| 1/9/2020 | 63.62 | 64.17 | 62.97 | 63.46 | 63.46 | 2009200 |
| 1/10/2020 | 63.60 | 63.71 | 62.85 | 63.13 | 63.13 | 1794500 |
| 1/13/2020 | 63.39 | 64.47 | 63.39 | 64.11 | 64.11 | 1627400 |
| 1/14/2020 | 64.04 | 64.28 | 63.61 | 63.78 | 63.78 | 1433300 |
| 1/15/2020 | 63.95 | 64.54 | 63.83 | 64.19 | 64.19 | 1470100 |
| 1/16/2020 | 64.49 | 65.38 | 64.19 | 65.38 | 65.38 | 2221600 |
| 1/17/2020 | 63.32 | 63.81 | 61.93 | 62.42 | 62.42 | 4240500 |
| 1/21/2020 | 62.16 | 62.60 | 60.41 | 60.56 | 60.56 | 2623100 |
| 1/22/2020 | 60.83 | 61.27 | 60.17 | 60.47 | 60.47 | 2119700 |
| 1/23/2020 | 60.59 | 60.62 | 59.08 | 60.57 | 60.57 | 2171100 |
| 1/24/2020 | 60.55 | 60.91 | 59.06 | 59.81 | 59.81 | 1486600 |