United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD C. SMITH, et al.,

   Plaintiffs,

  v.

NETAPP, INC., et al.,

   Defendants.

Case No. 19-cv-04801-JST

**ORDER VACATING HEARING**

Re: ECF No. 42

  Before the Court is Defendants' motion to dismiss.  ECF No. 42.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for August 5, 2020, is hereby VACATED.

  **IT IS SO ORDERED.**

Dated:  July 29, 2020



          JON S. TIGAR
        United States District Judge