UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD C. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>NETAPP, Inc., et al.,<br><br>    Defendant. | Case No. 19-cv-04801-JST<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: ECF No. 57 |

On February 1, 2021, the Court granted Defendants' motion to dismiss Plaintiff's complaint with leave to amend. ECF No. 56. An amended complaint was due within 21 days from the date of the order. *Id*. at 16. On February 22, 2021, Plaintiff filed a notice that he "does not intend to file a Second Amended Complaint in this action" and "respectfully requests that the Court enter judgment in this case." ECF No. 57. Accordingly, the case is now dismissed with prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February 26, 2021

_____
JON S. TIGAR
United States District Judge