# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 4:19-cv-04801-JST

Date case was first filed in U.S. District Court: August 14, 2019

Date of judgment or order you are appealing: February 26, 2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Winston Derouin, on behalf of himself and all others similarly situated

Is this a cross-appeal?  ○ Yes    ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?    ○ Yes    ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

101 Greenwood Avenue, Suite 440

City: Jenkintown    State: PA    Zip Code: 19046

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Jacob A. Goldberg    **Date** March 26, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**    *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
  Name(s) of party/parties:

Winston Derouin, on behalf of himself and all others similarly situated

  Name(s) of counsel (if any):

The Rosen Law Firm, P.A.

Laurence M. Rosen, Jacob A. Goldberg, Gonen Haklay

Address:  101 Greenwood Avenue, Suite 440, Jenkintown, PA 19046

Telephone number(s):  215-600-2817

Email(s):  lrosen@rosenlegal.com, jgoldberg@rosenlegal.com ,ghaklay@rosenlegal.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
  Name(s) of party/parties:

NetApp, Inc., George Kurian, Ronald J. Pasek, Matthew K. Fawcett

  Name(s) of counsel (if any):

Wilson Sonsini Goodrich & Rosati

Benjamin Crosson, Keith Eggleton, Cheryl Foung

Address:  650 Page Mill Road, Palo Alto, CA 94304

Telephone number(s):  650-493-9300

Email(s):  bcrosson@wsgr.com, keggleton@wsgr.com, cfoung@wsgr.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*