

Jacob A. Goldberg, Esq.
jgoldberg@rosenlegal.com

September 17, 2021

**VIA ECF**

The Honorable Jon S. Tigar
United States District Judge
U.S. District Court for the Northern District of California
Oakland Courthouse
1301 Clay Street, Courtroom 6, 2nd Floor
Oakland, CA  94612

    Re: *Smith v. NetApp, Inc., et al.*
       *No. 4:19-cv-04801-JST (N.D. Cal.)*

Dear Judge Tigar:

  We represent Lead Plaintiff Winston Derouin ("Plaintiff"). On July 21, 2021, the parties successfully mediated this matter through the Ninth Circuit's Mediation Program. On August 2, 2021, the Ninth Circuit dismissed Plaintiff's appeal, subject to reinstatement if a final settlement is not approved (Case No. 21-15566, Dkt. No. 12).

  By letter dated August 6, 2021 (Dkt. No. 63), we informed the Court that, pursuant to Fed. R. Civ. P. 23(e), we intended to move for preliminary approval of this class action Settlement by September 20, 2021. While we have made significant progress, the parties have yet to finalize the Stipulation of Settlement and the accompanying documents. Having conferred with counsel for Defendants, we anticipate being able to finalize the Settlement documents and move, unopposed, for preliminary approval no later than October 4, 2021.

  If the Court requires further information, or has any questions or concerns, please contact us at your convenience.

            Respectfully,

            *Jacob A. Goldberg*
            Jacob A. Goldberg

cc:  all counsel (via ECF)

**THE ROSEN LAW FIRM, P.A. ♦ 101 GREENWOOD AVENUE, SUITE 440 ♦ JENKINTOWN, PA 19046 ♦ TEL: (215) 600-2817 ♦ FAX: (212) 202-3827**