# EXHIBIT A-1

Exhibit A-1

| | |
|---|---|
| **Court-Ordered Legal Notice**<br><br>**Forwarding Service Requested**<br><br><br>*A federal court authorized this notice. This is not a solicitation from a lawyer.*<br><br>*This Notice may affect your legal rights. You may be entitled to a payment from this securities class action settlement.*<br><br><br>*Please read it carefully.* | NetApp, Inc. Securities Litigation<br>c/o Strategic Claims Services<br>600 N. Jackson Street, Suite 205<br>Media, PA 19063 |

*Smith v. NetApp, Inc., et al. Case No. 4:19-cv-04801-JST (N.D. Cal)*
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET/NETAPP OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

There has been a proposed Settlement of all claims against NetApp, Inc. ("NetApp") and three of its current and/or former officers (collectively, "Defendants"). The Settlement resolves a lawsuit in the United States District Court for the Northern District of California ("Court") in which Plaintiff alleges that, in violation of the federal securities laws, Defendants made public statements at certain times in 2019 that were materially false and misleading or omitted material information, causing damages to persons who purchased or otherwise acquired NetApp securities. Defendants deny any wrongdoing.

You received this Notice because you or someone in your family or household may have purchased or otherwise acquired NetApp common stock during the period between May 23, 2019 and August 1, 2019, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for the dismissal of this action and release of claims known and unknown against Defendants, Defendants will pay or cause to be paid into a settlement fund $2,250,000 in cash ("Settlement Fund"). The Settlement Fund, less attorneys' fees and expenses and a compensatory award to the Lead Plaintiff, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and how to make a claim, please view the Stipulation of Settlement and Notice of Pendency and Proposed Settlement of Class Action ("Notice") at www.strategicclaims.net/NetApp and please request a copy of the Notice and Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) by mail: NetApp, Inc. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) by phone: toll free, (866) 274-4004; (3) by fax: (610) 565-7985; (4) by email: info@strategicclaims.net; or (5) by visiting the website: www.strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. PROOFS OF CLAIM ARE DUE BY _____ 2021 TO: *NETAPP, INC.* SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063, OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/NETAPP. **If you DO NOT want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class by _____, 2021 or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____, 2021.  The Notice and Stipulation of Settlement explain how to opt-out or to object.**

The Court will hold a hearing in this case on _____ 2021 at _____ at 1301 Clay Street, Courtroom 6, 2nd Floor, Oakland, CA 94612, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of up to 25%, plus actual expenses up to $25,000 for litigating the case and negotiating the Settlement, and a compensatory award to Plaintiff not to exceed $2,000 ("Final Approval Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Final Approval Hearing telephonically or by other virtual means.  For more information, call toll-free (866) 274-4004, or visit the website, www.strategicclaims.net/NetApp.