# EXHIBIT A-4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHAD C. SMITH, Individually and on behalf of all others similarly situated, | : | |
| | : | |
| | : | Case No. 4:19-cv-04801-JST |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NETAPP, INC., et al. | : | |
| | : | |
| Defendants. | : | |

**SUMMARY NOTICE OF PENDENCY**
**AND PROPOSED SETTLEMENT OF CLASS ACTION**

**TO:    ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED SECURITIES OF NETAPP, INC. ("NETAPP") BETWEEN MAY 23, 2019 AND AUGUST 1, 2019, BOTH DATES INCLUSIVE**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of California, that a hearing will be held on _____ _____, 2021 at __:__ _.m. before the Honorable Jon S. Tigar, United States District Judge of the Northern District of California, Oakland Courthouse, 1301 Clay Street, Courtroom 6, 2nd Floor, Oakland, CA 94612 (the "Final Approval Hearing") for the purpose of determining: (1) whether the proposed Settlement consisting of the sum of $2,250,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the settlement proceeds is fair, reasonable, and adequate; (3) whether the application for an award of attorneys' fees of no more than 25% of the Settlement Amount (or $562,500) and reimbursement of expenses of no more than $25,000 and a Compensatory Award of reasonable costs and expenses (including lost wages) directly relating to his representation of the Settlement Class of no more than $2,000 for Lead Plaintiff should be approved; and (4) whether the Action should be dismissed with prejudice

Exhibit A-4

as set forth in the Stipulation of Settlement, dated September 21, 2021 (the "Stipulation"). The Court reserves the right to hold the Final Approval Hearing telephonically or by other virtual means.

If you purchased or otherwise acquired NetApp common stock between May 23, 2019 and August 1, 2019, both dates inclusive (the "Settlement Class Period"), your rights may be affected by the Settlement of this action. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim"), you may obtain copies by contacting the Claims Administrator at: NetApp, Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063, Telephone: (866) 274-4004, Facsimile: (610) 565-7985, info@strategicclaims.net. You can also download copies of the Long Notice and submit your Proof of Claim online at www.strategicclaims.net/NetApp. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than _____ _____, 2021 to the Claims Administrator, establishing that you are entitled to recovery.

If you are a Settlement Class Member and desire to be excluded from the Settlement Class, you must submit a request for exclusion to the Claims Administrator postmarked no later than _____ _____, 2021, in the manner and form explained in the detailed Long Notice. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

Any objection to the Settlement, Plan of Allocation, Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses, or the Compensatory Award to Lead Plaintiff must be in the manner and form explained in the detailed Long Notice and filed with the Court no

Exhibit A-4

later than _____ _____, 2021, at the Class Action Clerk, United States District Court for the

Northern District of California, 1301 Clay Street, Suite 400 S, Oakland, California 94612.

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Jacob A. Goldberg, Esq.
THE ROSEN LAW FIRM, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
215-600-2817
jgoldberg@rosenlegal.com

**DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIMS PROCESS.**

DATED: _____ _____, 2021          _____

BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA

-3-
SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS
ACTION