United States District Court
Northern District of California

| | |
|---|---|
| CHAD C. SMITH, et al., | Case No. 19-cv-04801-JST |
| Plaintiffs, | |
| v. | **ORDER VACATING HEARING** |
| NETAPP, INC., et al., | Re: ECF No. 65 |
| Defendants. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before the Court is Plaintiff's motion for preliminary approval of settlement. ECF No. 65. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for November 4, 2021, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 25, 2021



JON S. TIGAR
United States District Judge