1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7        CHAD C. SMITH, et al.,                          Case No. 19-cv-04801-JST

8                         Plaintiffs,

                                                         **ORDER REQUIRING**
9                  v.                                    **SUPPLEMENTAL BRIEFING**

10       NETAPP, INC., et al.,                           Re: ECF No. 65

11                        Defendants.

12

13            In their motion for preliminary approval of a class action settlement, ECF No. 65, Plaintiffs

14     do not discuss the Northern District of California's Procedural Guidance for Class Action

15     Settlements, available at https://cand.uscourts.gov/forms/procedural-guidance-for-class-action-

16     settlements/.  Although Plaintiffs' supporting declarations refer to the guidance and address some

17     of the relevant information, at least some information appears to be absent.  For example,

18     counsel's declaration does not discuss how many settlement administrators submitted proposals.

19     *See* ECF No. 66 ¶¶ 30-35 (discussing settlement administration selection process).  To ensure that

20     the parties have fully considered the district's guidance, Plaintiffs shall, within fourteen days of

21     the date of this order, submit supplemental briefing that addresses the guidelines in the order they

22     are presented on the website.  If the parties need more time to consider the guidelines, the Court

23     will entertain a stipulated request to extend this deadline.

24            **IT IS SO ORDERED.**

25     Dated: February 10, 2022

26                                                       _____
                                                         JON S. TIGAR
27                                                       United States District Judge

28

United States District Court
Northern District of California