# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHAD C. SMITH, Individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : : | Case No. 4:19-cv-04801-JST |
| v. | : : : | |
| NETAPP, INC., et al. | : : : | |
| Defendants. | : | |

## SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND REGARDING ESTIMATED CLASS SIZE, NUMBER OF CLAIMS, AND ADMINISTRATION COSTS

I, Paul Mulholland, declare:

1.    I submit this declaration to provide the Court with information regarding an estimate of the Settlement Class size and the estimated number of claims and administration costs in this matter. I am over 21 years of age and am not a party to this action.

2.    I am a Certified Public Accountant (inactive) and president of Strategic Claims Services ("SCS"). I have over thirty years of experience, specializing in litigation support services principally in the area of administration of securities class action settlements. I have administered over five hundred class action settlements. At the request of Lead Counsel, I am providing this Supplemental Declaration to give the Court and the Parties[1] to the above-captioned action information regarding an estimate of the Settlement Class size, an estimate of the number of Class Members who are expected to submit claims, an estimate of administration costs. I make this declaration based on personal knowledge, and if called to testify, I could and would do so competently.

3.    I have selected three comparative settlements ("Comparative Settlements") recently administered by SCS to assist in estimating the Settlement Class size and the potential number of claims. The Comparative Settlements provided in Exhibit A were selected by SCS principally due to the (1) similar size of the settlement amounts; and (2) the similar size of the trading volume during each of the respective class periods. As noted in Exhibit A, the average number of shares purchased per class member for the Comparative Settlements ranged from 1,522 to 2,289. Based on this range and by applying a similar range to this Settlement, SCS estimates a Settlement Class size of approximately 25,000 to 50,000. In addition, the claim filing ratio (or percentage) for the Comparative Settlements ranged from 19.28% to 34.31% (See Exhibit A). Based on SCS's analysis of the Comparative Settlements and my experience administering hundreds of securities class action settlements, I estimate that the claims filing ratio will be approximately 25%. This

_____

[1] Capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Stipulation of Settlement, dated September 21, 2021 (the "Stipulation").

results in estimated claims of between 6,250 (25% of an estimated 25,000 Class size) and 12,500 (25% of an estimated 50,000 Class size).

4.      Based on my experience administering hundreds of securities class action settlements, the size of the Settlement Class will likely not reach 50,000 but will more likely be closer to 25,000 Settlement Class Members. The 25% estimate represents the approximate mid-point of the Comparative Settlements. Assuming a Settlement Class size of 25,00, and a claim filing ratio of 25% (6,250 claims), total administration costs will not exceed $135,000. Administration costs will increase if the Settlement Class size and/or the claim filing ratio is higher. As the number of claims increase, "economies of scale" will lower the cost per claim.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of February 2022, in Media, Pennsylvania.

_____
Paul Mulholland

## Exhibit A

| Case | Zubriski v. BioAmber, Inc. et al., No. 2:17-cv-01531-ADS-GRB (E.D.N.Y.) | Brendon v. Allegiant Travel Co., et al., No. 2:18-cv-01758-APG-BNW (D. Nev.) | Byrne v. Westpac Banking Corp., et al., Co. 3:20-cv-00171-AC (D. Or.) | Average of Three Example Cases | Smith v. NetApp, et al., No. 19-cv-04801-JST (N.D. Cal.)-PROPOSED |
|---|---|---|---|---|---|
| Total Settlement Fund | $2,250,000 | $4,000,000 | $3,100,000 | $3,116,667 | $2,250,000 |
| Class Period ("C.P.") | 7/15/14-8/3/17 | 6/8/15-5/9/18 | 11/11/15-11/19/19 | N/A | 5/23/19-8/1/19 |
| Final Approval Date | 5/20/2020 | 5/14/2020 | 4/20/2020 | N/A | TBD |
| Trading Volume during C.P.* | 31,000,000 | 88,500,000 | 180,000,000 | 99,833,333 | 48,975,000 |
| Class Size- # of Notices Sent | 13,545 | 49,007 | 118,279 | 60,277 | 25,000-50,000 (estimated)** |
| Average # of Shares Purchased per Class Member | 2,289 | 1,806 | 1,522 | 1,872 | 1,000-2,000 (estimated)** |
| Claims Filed | 2,612 | 16,813 | 32,406 | N/A | 6,250-12,500 (estimated)** |
| Claims Filing Ratio % | 19.28% | 34.31% | 27.40% | 27.00% | 25.00% (estimated)** |

\* Excludes Estimated Shares for market makers or specialists trading.

\*\* SCS bases its estimates on its experience in administering hundreds of securities class action settlements; the 65.3 million reported trading volume of NetApp's common stock during the Settlement Class Period, and the institutional holders of NetApp common stock during the Settlement Class Period; as well as other factors. *See* Mulholland Decl. at ¶14.