**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD C. SMITH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETAPP, INC., *et al.*,<br><br>Defendants. | Case No: 4:19-cv-04801-JST<br><br>CLASS ACTION<br><br>**DECLARATION OF JACOB A. GOLDBERG IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND FOR REIMBURSEMENT OF EXPENSES**<br><br>Hearing Date: September 1, 2022<br>Time: 2:00 p.m. PST<br>Via Zoom: https://cand.uscourts.gov/judges/tigar-jon-s-jst/<br>Judge: Jon S. Tigar |

I, Jacob A. Goldberg, declare as follows:

1. I am a partner with The Rosen Law Firm, P.A. ("Rosen Law"), Court-appointed Lead Counsel in the above-captioned action ("Action").[1] I submit this declaration in support of Lead Plaintiff Winston Derouin's ("Plaintiff") motion for an award of attorneys' fees and reimbursement of expenses in connection with this Action. I have personal knowledge of the facts set forth herein. If called upon, I could and would testify thereto.

2. A true and correct copy of Rosen Law's firm resume was previously filed with this Court. (Dkt. No. 21-4).

3. Rosen Law has been involved in this Action since its October 2019 filing of a lead plaintiff motion on Plaintiff's behalf and continuing throughout all other aspects of this Action.

4. In support of the claims of Plaintiff and the Settlement Class in this Action, Rosen Law: (i) conducted a thorough investigation before filing the Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint"); (ii) drafted and filed the Amended Complaint; (iii) filed an opposition memorandum to Defendants' motion to dismiss; (iv) filed a notice of appeal of the Court's order granting the motion to dismiss; (v) drafted a mediation statement; (vi) participated in a mediation with and successfully mediated a settlement of the Action through the Ninth Circuit's Mediation Program, before court-appointed mediator Sasha M. Cummings; (vii) negotiated and executed the Stipulation; and (viii) sought and obtained preliminary approval of the Settlement from the Court.

5. The charts below summarize the time expended by Rosen Law attorneys on this Action, and the lodestar calculation, based on their current billing rate. The charts were prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. The second chart shows the amount of time spent on this Action by attorneys and professional support staff employees of my firm, broken down by category, through and including July 27, 2022, and the lodestar calculations for those individuals. The categories are: (1) initial investigation, case filing, and lead plaintiff appointment; (2) factual investigation, preparation of complaints, and motions to

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation of Settlement, dated September 21, 2021 (ECF No. 66-1).

DECLARATION OF JACOB A. GOLDBERG. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; Case No. 4:19-cv-04801-JST

dismiss; (3) mediation; (4) settlement; (5) appeal; and (6) miscellaneous court filings and administrative work, including, but not limited to, stipulations, status updates, *etc*. For persons Rosen Law no longer employs, the lodestar calculation is based upon the billing rates for such personnel in their final year of employment. The hourly rates for the attorneys and professional support staff in my firm included in the chart below are consistent with the rates approved by courts in other securities or shareholder litigation.

| Total Hours and Lodestar | | | | |
|---|---|---|---|---|
| Professional (position)* | Years Practicing | Hourly Rate | Hours Worked | Lodestar |
| Jacob A. Goldberg (P) | 30 | $1,025 | 119.20 | $122,180.00 |
| Phillip Kim (P) | 20 | $1,025 | 2.70 | $2,767.50 |
| Gonen Haklay (A) | 27 | $825 | 480.30 | $396,247.50 |
| Yu Shi (C) | 11 | $800 | 0.40 | $320.00 |
| Erica L. Stone (A) | 9 | $725 | 58.40 | $42,238.50 |
| Stephen Shepardson (A) | 5 | $625 | 1.90 | $1,187.50 |
| Ryan Hedrick (A) | 3 | $550 | 15.30 | $8,387.50 |
| **Total** | | | 678.20 | $573,328.50 |

* Partner (P), Counsel (C), Associate (A)

| Hours By Category | | | | | | |
|---|---|---|---|---|---|---|
| Professional | 1 | 2 | 3 | 4 | 5 | 6 |
| Jacob A. Goldberg (P) | - | 37.8 | 29.9 | 43.9 | 7.1 | 0.5 |
| Phillip Kim (P) | 1.7 | - | - | - | - | 1 |
| Yu Shi (C) | - | - | - | 0.4 | - | - |
| Gonen Haklay (A) | 1.5 | 228.3 | 45.6 | 202.5 | 2.0 | 0.4 |
| Erica L. Stone (A) | 1.2 | - | - | 56.5 | 0.6 | 0.1 |
| Stephen Shepardson (A) | 1.9 | - | - | - | - | - |
| Ryan Hedrick (A) | 8.8 | - | - | - | - | 6.5 |
| TOTAL: | 15.10 | 266.10 | 75.50 | 303.30 | 9.70 | 8.50 |

Commented [JG1]: Where are the totals?

| Category Key: | |
|---|---|
| 1 | Initial investigation, case filing, and lead plaintiff appointment |
| 2 | Factual investigation; preparation of complaints; motions to dismiss |
| 3 | Mediation |
| 4 | Settlement |
| 5 | Appeal |
| 6 | Miscellaneous court filings and administrative |

DECLARATION OF JACOB A. GOLDBERG. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; Case No. 4:19-cv-04801-JST

6.      From October 2019 through July 27, 2022, my firm performed a total of 678.20 professional work hours in prosecuting this Action. Rosen Law's total lodestar amount is $573,328.50. A "Summary of Work by Attorney" is included below.

7.      Assuming the Court grants the 25% attorney's fee request, the multiplier in this Action is fractional at 0.98.

8.      My firm's lodestar figures do not include charges for expense items, which are billed separately and are not duplicated in my firm's billing rates. Rosen Law expended a total of $7,645.46 in un-reimbursed expenses in connection with the prosecution of this Action, broken down as follows:

| Category | Amount |
|---|---|
| Investigator Fees | $3,412.50 |
| Court Filing Fees | $505.00 |
| Courtesy Copies and Court Messenger Fees | $133.00 |
| Online Legal Research and Document Retrieval Fees | $619.96 |
| Pro Hac Vice and Certificate of Good Standing Fees | $310.00 |
| Press Releases and Notice to Class Member Fees | $2,665.00 |
| **TOTAL EXPENSES** | **$7,645.46** |

9.      The litigation expenses incurred in the Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 28th day of July, 2022 in Jenkintown, Pennsylvania.

*/s/ Jacob A. Goldberg*

DECLARATION OF JACOB A. GOLDBERG. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; Case No. 4:19-cv-04801-JST

**The Rosen Law Firm, P.A.**

**Summary of Work By Attorney**

**PARTNERS**

**Jacob A. Goldberg (**119.10 hours): Mr. Goldberg supervised all aspects of the litigation including the investigation and filing of the amended complaint, reviewing Defendants' motion to dismiss as well as the opposition to Defendants' motions to dismiss. Mr. Goldberg was involved in the decision regarding the appeal of the motion to dismiss order. Additionally, Mr. Goldberg was heavily involved in the settlement negotiations including the mediation statement, and participated at the mediation. Mr. Goldberg reviewed the motions for preliminary and final approval of the Settlement.

**Phillip Kim** (21.1 hours): Mr. Kim was involved in discussions and decisions regarding case strategy. Mr. Kim also oversaw the lead plaintiff motion and related filings.

**COUNSEL:**

**Yu Shi** (0.4 hours): Mr. Shi assisted with the preliminary approval of the settlement.

**ASSOCIATES**

**Gonen Haklay** (480.30 hours): Mr. Haklay was the lead attorney working on this action and was actively involved in all aspects of the litigation. Mr. Haklay investigated and drafted the amended complaint**.** He also researched and drafted the opposition to Defendants' motions to dismiss. Mr. Haklay participated in discussions and filings about appealing the motion to dismiss order. Mr. Haklay also researched and prepared a mediation submission and participated in the mediation. Additionally, Mr. Haklay was heavily involved in settlement negotiations and the preparation of the preliminary and final approval motions.

**Erica L. Stone** (58.26 hours): Ms. Stone's primary responsibility in this action was to assist with the settlement of this Action, including preparing the settlement documents in support of preliminary and final approval. Ms. Stone also assisted with administrative matters during the litigation.

**Stephen Shepardson** (1.9 hours): Mr. Shepardson supported early aspects of the litigation, including the lead plaintiff motion.

**Ryan Hedrick** (15.25 hours): Mr. Hedrick assisted on filings in the action including the lead plaintiff motion. Mr. Hedrick also assisted in various administrative matters during the litigation.