# EXHIBIT 3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CHAD C. SMITH, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

NETAPP, INC., *et al.*,

Defendants.

Case No: 19-cv-04801-JST

CLASS ACTION

**DECLARATION OF WINSTON DEROUIN**

Hearing Date: July 28, 2022
Time: 2:00 p.m. PST
Via Zoom: https://cand.uscourts.gov/judges/tigar-jon-s-jst/
Judge: Jon S. Tigar

Pursuant to 28 U.S.C. § 1746, Winston Derouin declares:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1.      I submit this declaration in support of: (1) the Motion for Final Approval of Class Action Settlement; (2) the Motion for Attorney's Fees and Reimbursement of Expenses; and (3) my application for the $2,000 compensatory award relating to my representation of the Settlement Class.

2.      I have been actively involved in the prosecution of the above-captioned action (the "Action")since its initiation in August 2019. On November 12, 2019, the Court appointed me to serve as the Lead Plaintiff (Dkt. No. 36).

3.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement.

4.      In fulfillment of my responsibilities as a Lead Plaintiff on behalf of all class members in the Action, I have worked closely with Lead Counsel, The Rosen Law Firm, P.A., regarding all aspects of the litigation and the partial resolution thereof.

5.      As the Lead Plaintiff and a proposed class representative for settlement purposes, I was involved with the litigation and regularly kept abreast of developments in this case as to satisfy my fiduciary obligation to the Class. My responsibilities included: (a) receiving and reviewing documents including pleadings and briefing on my lead plaintiff motion as well as Defendants' motion to dismiss; (b) approving the filing of an appeal; (c) following developments in this case;and (d) discussing the settlement with counsel and approving the settlement.

6.      In July 2021, I approved the Settlement of this case for $2,250,000. I believed that this is an excellent result that provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the strengths, risks, delays, and expense of continued litigation.I continue to believe that it is an excellent result.

7.      I understand that thePSLRA provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

8.      I fulfilled my fiduciary duty to the Class to work with counsel to make sure the Settlement Class received fair and adequate representation. I have done my best to promote the interests of the Settlement Class vigorously and to obtain the largest recovery possible under all of the circumstances.

9.      I live in Gibbons, Alberta, Canada.I work as a *Electrician* My hourly rate is *50.00* .

10.      I estimate that I devoted at least *60* hours on this litigation.The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent at my job or engaged in other activities and thus, represented a cost to me.I believe that the time and effort I devoted to this litigation was necessary to achieve the Settlement for the Class.

11.      Accordingly, I respectfully request that the Court approve a payment to me in the amount of $2,000 as reimbursement for the time I spent, and efforts I made, on behalf of the Class. It is my belief that this request for reimbursement is fair and reasonable.

12.      I understand Lead Counsel will be seeking an award of attorneys' fees in the amount of 25% of the Settlement Amount. I approved and continue to support Lead Counsel's request for attorneys' fees.

13.     I approved and continue to support Lead Counsel's request for reimbursement of litigation expenses.

14.     In sum, I respectfully request that the Court approve the Settlement; award me a $2,000 compensatory award for the time I spent on this case and representing the Settlement Class; and approve Lead Counsel's request for attorneys' fees and expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 24, 2022

_____
WINSTON DEROUIN

DECLARATION OF WINSTON DEROUIN; 19-cv-04801-JST