**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAD C. SMITH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETAPP, INC., *et al.*,<br><br>Defendants. | Case No: 4:19-cv-04801-JST<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF JACOB A. GOLDBERG**<br><br>Hearing Date: September 1, 2022<br>Time: 2:00 p.m. PST<br>Via Zoom: https://cand.uscourts.gov/judges/tigar-jon-s-jst/<br>Judge: Jon S. Tigar |

I, Jacob A. Goldberg, declare as follows:

1.      I am a partner with The Rosen Law Firm, P.A. ("Rosen Law"), Court-appointed Lead Counsel in the above-captioned action ("Action").[1] I submit this declaration in support of Lead Plaintiff Winston Derouin's ("Plaintiff") motion for an award of attorneys' fees and reimbursement of expenses in connection with this Action. I have personal knowledge of the facts set forth herein. If called upon, I could and would testify thereto.

2.      In further support of the request for reimbursement of expenses in the amount of $7,645.46, Lead Counsel submits a detailed line-item of their expenses in this Action.

3.      The books and records of my firm show itemized expenses as follows:

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation of Settlement, dated September 21, 2021 (ECF No. 66-1).

1
DECLARATION OF JACOB A. GOLDBERG. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; Case No. 4:19-cv-04801-JST

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| **Investigator Fees** | | | |
| 03/09/2020 | Insight Research | Private investigation for amended complaint fee | $3,412.50 |
| | | **Total:** | **$3,412.50** |
| | | | |
| **Online Legal Research and Document Retrieval Fees** | | | |
| 01/15/2020 | Refinitiv US LLC | 5 Eikon analyst report charge | $35.69 |
| 11/01/2019 | Westlaw | Westlaw charges for October 2019 | $30.84 |
| 12/01/2019 | Westlaw | Westlaw charge for November 2019 | $7.70 |
| 02/01/2020 | Westlaw | Westlaw charge for January 2020 | $31.98 |
| 05/01/2020 | Westlaw | Westlaw charge for April 2020 | $7.63 |
| 06/01/2020 | Westlaw | Westlaw charge for May 2020 | $214.93 |
| 04/01/2021 | Westlaw | Westlaw charges for March 2021 | $2.11 |
| 05/01/2021 | Westlaw | Westlaw charges for April 2021 | $10.60 |
| 08/01/2021 | Westlaw | Westlaw charges for July 2021 | $28.31 |
| 09/01/2021 | Westlaw | Westlaw charges for August 2021 | $77.13 |
| 10/01/2021 | Westlaw | Westlaw charges for September 2021 | $168.68 |
| 03/01/2022 | Westlaw | Westlaw charges for February 2022 | $2.18 |
| 04/01/2022 | Westlaw | Westlaw charges for March 2022 | $2.18 |
| | | **Total:** | **$619.96** |
| | | | |
| **Court Filing Fees, Courtesy Copies and Court Messenger Fees, and Pro Hac Vice and Certificate of Good Standing Fees** | | | |
| 03/26/2021 | USDC NDCA | Appeal filing fee | $505.00 |
| 11/27/2019 | USDC NDCA | Pro hac vice application fee for Jacob Goldberg | $310.00 |
| 10/17/2019 | Rapidlegal | Courtesy copy delivery fee for LP motion | $133.00 |
| | | **Total:** | **$948.00** |
| | | | |
| **Press Releases and Notice to Class Member Fees** | | | |
| 08/15/2019 | Business Wire | Press release | $405.00 |
| 09/03/2019 | Business Wire | Press release | $405.00 |
| 09/12/2019 | Business Wire | Press release | $405.00 |
| 08/20/2019 | PR Newswire | Press release | $380.00 |
| 08/29/2019 | PR Newswire | Press release | $380.00 |
| 09/06/2019 | GlobeNewswire | Press release | $115.00 |
| 09/10/2019 | GlobeNewswire | Press release | $115.00 |
| 09/23/2019 | GlobeNewswire | Press release | $115.00 |
| 09/30/2019 | GlobeNewswire | Press release | $115.00 |
| 10/07/2019 | GlobeNewswire | Press release | $115.00 |
| 10/14/2019 | GlobeNewswire | Press release | $115.00 |
| | | **Total:** | **$2,665.00** |
| | | **GRAND TOTAL:** | **$7,645.46** |

DECLARATION OF JACOB A. GOLDBERG. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; Case No. 4:19-cv-04801-JST

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Paul Mulholland Concerning: (A) Mailing of the Postcard Notice; (B) Report on Requests for Exclusion and Objections; and (C) Status of Claim Forms Received.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 25th day of August 2022 in Jenkintown, Pennsylvania.

*/s/ Jacob A. Goldberg*

DECLARATION OF JACOB A. GOLDBERG. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; Case No. 4:19-cv-04801-JST