# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CHAD C. SMITH, Individually and on
behalf of all others similarly situated,

|   |   |
|---|---|
|   | : Case No. 4:19-cv-04801-JST |
| Plaintiff, | : |
|   | : |
| v. | : |
|   | : |
| NETAPP, INC., et al. | : |
|   | : |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND**
**CONCERNING: (A) MAILING OF THE POSTCARD NOTICE;**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS;**
**AND (C) STATUS OF CLAIM FORMS RECEIVED**

I, Paul Mulholland, declare as follows:

1.      I am the President of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over thirty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception. Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice as Modified, dated May 3, 2022 ("Preliminary Approval

SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND, Case No. 4:19-cv-04801-JST

Order"), SCS was appointed and approved as the Claims Administrator in connection with the Settlement of the above-captioned action.[1] (Dkt. No. 70).

2.     I submit this supplemental declaration in order to provide the Court and the Parties updated information regarding the mailing of the Postcard Notices and emailing of links to the Long Notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## UPDATE ON MAILING OF POSTCARD NOTICE

3.     As noted in the Declaration of Paul Mulholland Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; (C) Report on Requests for Exclusion and Objections; (D) Status of Claim forms Received; and (E) Timeline of Administration Process, dated July 28, 2022 (Dkt. No. 73-1) (the "Mulholland Declaration"), SCS mailed or emailed 1,926 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. SCS then either mailed 39,320 Postcard Notices to potential Settlement Class Members or nominees, and were notified by one nominee that they mailed the Postcard Notice to their customers. Additionally, as noted in the

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement dated September 21, 2021 (Dkt. No. 66-1) (the "Stipulation").

2

SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND, Case No. 4:19-cv-04801-JST

Mulholland Declaration, SCS emailed the Long Notice and Proof of Claim link to an email address provided by Lead Counsel and SCS was notified by one of the nominees that they emailed 8,625 of their customers and they provided a direct link to the Long Notice and Proof of Claim. Since the Mulholland Declaration was filed, no additional Postcard Notices were mailed and no additional links to the Long Notice and Proof of Claim were emailed. In total 47,945 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the Long Notice and Proof of Claim.[2]

4.      Since the Mulholland Declaration, an additional 275 Postcard Notice were returned as undeliverable. Of the 275 returned, 2 were returned with a forwarding address provided by the United States Postal Service, and SCS immediately mailed another Postcard Notice to the forwarding address. A skip trace was run using Experian for the remaining 273 returned Postcard Notices to obtain updated addresses. SCS received 78 updated addresses from the skip trace efforts and mailed out another Postcard Notice to the updated addresses.

### UPDATE ON TOLL-FREE PHONE LINE

5.      The Mulholland Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and

---

[2] Since the Mulholland Declaration was filed, SCS received an additional 3 requests for the Long Notice and Proof of Claim to be mailed to potential Settlement Class Members from the Postcard Notice mailing. SCS immediately mailed out the Long Notice and Proof of Claim for these requests.

SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND, Case No. 4:19-cv-04801-JST

obtain information about the Settlement as well as request a Long Notice and Proof of Claim. SCS continues to promptly respond to each telephone inquiry and address Settlement Class Member inquiries.

### UPDATE ON SETTLEMENT WEBPAGE

6. The Mulholland Declaration also noted that on May 19, 2022, SCS established a webpage on its website at www.strategicclaims.net/NetApp/. The webpage is accessible 24 hours a day, 7 days a week and contains a current status of this case; the case deadlines; the online claim filing link; and important documents. SCS continues to maintain the webpage.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

7. The Postcard Notice, Long Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than August 11, 2022. As of the date of the Mulholland Declaration, SCS received one exclusion request. Since the Mulholland Declaration, SCS received two additional exclusion requests. Both of these exclusion requests stated the requestor had not purchased NetApp, Inc. common stock during the Settlement Class Period. Copies of the exclusion letters are attached as **Exhibit A** hereto.

8. According to the Long Notice, Settlement Class Members seeking to object any part of the Settlement, or Lead Counsel's motion for attorneys' fees and

4

SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND, Case No. 4:19-cv-04801-JST

expenses and application for a Compensatory Aware to Lead Plaintiff, must have been submitted to the Clerk of the Court, no later than August 11, 2022. As of the date of this Declaration, SCS has not received nor has SCS been notified of any objections.

## UPDATE ON CLAIM FORM FILING STATUS

9.      As noted in the Mulholland Declaration, SCS received 6,809 claims. The Preliminary Approval Order required that claims be postmarked or submitted online no later than August 2, 2022. Since the Mulholland Declaration SCS received an additional 20,928 claims as the large majority of claims were filed at the end of the claims filing deadline. Below is a preliminary estimate of the total recognized losses to date. The numbers below do not include any adjustments as a result of SCS's quality assurance process, which includes the results of the cure/rejection process:

| Type of Claims | Number of Claims | Recognized Losses | Damaged Shares |
|---|---|---|---|
| Valid | 9,979 | $145,463,024 | 28,321,261 |
| Deficient Claims with limited proof | 63 | $331,587 | 64,559 |
| Rejected (no losses/gains/wrong stock) | 17,695 | n/a | n/a |
| TOTALS: | 27,737 | $145,794,611 | 28,385,820 |

5

SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND, Case No. 4:19-cv-04801-JST

10.    The estimated 28.3 million damaged shares for valid claims filed to date, as provided in paragraph 9, represents an estimated average recovery of $.08 per share.  This is consistent with the estimated average recovery of $.08 per share as provided to Class Members in the Notice of Pendency and Proposed Settlement of Class Action. (Dkt. No. 73-1 at Exhibit B).

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of August, in Media, Pennsylvania.

_Paul Mulholland_
Paul Mulholland

6
SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND, Case No. 4:19-cv-04801-JST

**EXHIBIT A**

July 14, 2022


NetApp, Inc Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N Jackson St., Ste. 205
Media, PA 19063

Re:  **Smith v. NetApp, Inc., et al., Case No. 4:19-cv-04801-JST**

Dear Strategic Claims Services:


I request to be excluded from the Settlement Class in Smith v. NetApp, Inc., et al., Case No. 4:19-cv-04801-JST.  I inherited NetApp shares prior to the time frame and did not purchase any during the time frame of May 23, 2019, and August 1, 2019.  I only earned any dividends paid during that time.

Sincerely,

Christine Beth Cousin
FBO of Francis J Bonneville (DCSD)
Hilltop Securities Inc
As Beneficiary IR Custodian



15 JUL 2022 PM 4

JUL 1 8 2022

NetApp, Inc Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N Jackson St., Ste. 205
Media, PA 19063

19063-265455

Ms. Christine Cousin



Elizabeth Jo Finsterwalder                                              July 30, 2022

TO: Claims Administrator
NetApp, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
RE: Request to be Excluded

To the Claims Administrator,

I formally request to be excluded from the Settlement Class in Smith v. NetApp, Inc., et al.,
Case No. 4:19-cv-04801-JST.

I believe I am not included in the class as I had existing shares of NetApp common stock and
did not purchase any NetApp common stock between May 23, 2019 and August 1, 2019, both
dates inclusive. However, I did sell all of said shares in June, 2019.

Sincerely,

Elizabeth Jo Finsterwalder



Mrs. Elizabeth Finsterwalder



1. AUG 2022 PM 8 L

FOREVER USA

AUG 0 4 2022

Claims Administrator
NetApp, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste 205
Media, PA 19063

19063-256455

Michael John Finsterwalder                                          July 30, 2022

TO: Claims Administrator
    NetApp, Inc. Securities Litigation
    c/o Strategic Claims Services
    P.O. Box 230
    600 N. Jackson St., Ste. 205
    Media, PA 19063
RE: Request to be Excluded

To the Claims Administrator,

I formally request to be excluded from the Settlement Class in Smith v. NetApp, Inc., et al.,
Case No. 4:19-cv-04801-JST.

I believe I am not included in the class as I had existing shares of NetApp common stock and
did not purchase any NetApp common stock between May 23, 2019 and August 1, 2019, both
dates inclusive. However, I did sell all of said shares in June, 2019.

Sincerely,

*Michael John Finsterwalder*

Michael John Finsterwalder

 Mr. Michael Finsterwalder

1 AUG 2022 : PM 7 L


FOREVER USA

AUG 0 4 2022

AUG 0 4 2022

Claims Administrator
NetApp, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St, Ste 205
Media, PA  19063

19063-256455