# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD C. SMITH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETAPP, INC., *et al.*,<br><br>Defendants. | Case No: 4:19-cv-04801-JST<br><br>[PROPOSED] ORDER AWARDING ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES **AS MODIFIED**<br><br>CLASS ACTION<br><br>Hon. Jon. S. Tigar |

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement dated September 24, 2021 ("Stipulation") (Dkt. No. 66-1);

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A. ("Rosen Law"), appointed by the Court as Class Counsel for the purposes of the Settlement, have petitioned the Court for an award of attorney's fees in compensation for services provided to Plaintiffs and the Settlement Class, for reimbursement of expenses incurred in connection with prosecuting this action, to be paid out of the Settlement Fund established pursuant to the Settlement; and for an Award to Lead Plaintiff Winston Derouin; and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Rosen Law during the final approval hearing on September 1, 2022, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Rosen Law is awarded 25% of the Settlement Fund, or $562,500, as attorney's fees in this action, together with a proportionate share of the interest earned on the fund at the same rate as earned by the balance of the fund from the date of the establishment of the fund to the date of payment. The Court finds this fee award fair and reasonable.

2. Rosen Law is awarded $7,645.46 in reimbursement of out-of-pocket expenses incurred in connection with the prosecution of this Action, which the Court finds fair and reasonable.

3. Except as otherwise provided herein, the attorney's fees and reimbursement of expenses shall be paid in the manner and procedure provided for in the Stipulation.

4. Lead Plaintiff Winston Derouin is awarded $2,000.

5. Class counsel shall file a post-distribution accounting within 21 days after the distribution of settlement funds. In addition to the information contained in the Northern District of California's Procedural Guidance for Class Action Settlements, available at https://cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/, the post-distribution accounting shall discuss any significant or recurring concerns communicated by class members to the settlement administrator or counsel since final approval, any other issues in settlement administration since final approval, and how any concerns or issues were resolved.

2
[PROPOSED] ORDER AWARDING ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES; Case No. 4:19-cv-04801-JST

6. The Court will withhold 10% of the attorney's fees granted in this order until the post-distribution accounting has been filed.  Class counsel shall file a proposed order releasing the remainder of the fees when they file their post-distribution accounting.

7. This matter is set for a further case management conference on February 28, 2023, with a case management statement due on February 21, 2023.  The parties may request that the case management conference be continued if additional time is needed to complete the distribution.  The conference will be vacated if the post-distribution accounting has been filed and the Court has released the remaining attorney's fees.

**IT IS SO ORDERED.**

Dated:  September 1, 2022



_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE