**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD C. SMITH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETAPP, INC., *et al.*,<br><br>Defendants. | Case No: 4:19-cv-04801-JST<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**<br><br>Honorable Jon S. Tigar<br><br>Date: December 15, 2022<br>Time: 2 P.M.<br>Courtroom: 6 |

**PLEASE TAKE NOTICE** that Lead Plaintiff Winston Derouin ("Derouin" or "Plaintiff"), on behalf of himself and all members of the Settlement Class, hereby moves this Court for an Order granting the Motion for Distribution of Class Action Settlement Funds.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Points and Authorities and the Memorandum, the Declaration of Paul Mulholland Concerning the Results of the Claims Administration Process and the exhibits thereto. Plaintiffs request that the Court decide the Motion on the papers and enter the [Proposed] Order Granting Motion for Distribution of Class Action Settlement Funds considering the distribution submitted herewith.

Defendants do not oppose this motion.

Dated: November 3, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A**.

By: */s/ Jacob A. Goldberg*
Jacob A. Goldberg (*pro hac vice*)
Gonen Haklay (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com
        ghaklay@rosenlegal.com

Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I, Jacob A. Goldberg, hereby declare under penalty of perjury as follows:

I am a partner in The Rosen Law Firm, P.A., with offices at 355 S. Grand Avenue, Suite 2450 Los Angeles, CA 90071. I am over the age of eighteen.

On November 3, 2022, I electronically filed the foregoing PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

*/s/ Jacob A. Goldberg*