UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD C. SMITH, et al.,

          Plaintiffs,

v.

NETAPP, INC., et al.,

          Defendants.

Case No. 19-cv-04801-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING REQUEST TO RELEASE WITHHELD ATTORNEY'S FEES**

Re: ECF No. 93

Plaintiffs filed a declaration from the claims administrator and a post-distribution accounting chart on January 10, 2023. ECF No. 93. They request that the Court release the 10% of attorney's fees that the Court withheld pending filing of the post-distribution accounting. ECF No. 93-2. The settlement checks were distributed on January 9, 2023, and Plaintiffs state that information regarding the number and value of checks not cashed "will be provided after July 8, 2023, when checks expire." ECF No. 93-1 at 4.

The Court denies Plaintiffs' request to release the withheld attorney's fees as premature. They may renew their request upon filing of an updated post-distribution accounting after the settlement checks have expired.

The February 28, 2023 case management conference is continued to August 8, 2023. The conference will be vacated if the updated post-distribution accounting has been filed and the Court has released the remaining attorney's fees.

**IT IS SO ORDERED.**

Dated: January 12, 2023

                               JON S. TIGAR
                           United States District Judge

United States District Court
Northern District of California